**THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| TOUCHSTREAM TECHNOLOGIES, INC., <br>                  Plaintiff, <br>     v. <br> CHARTER COMMUNICATIONS, INC., et al., <br>                  Defendants. <br><br> TOUCHSTREAM TECHNOLOGIES, INC., <br>                  Plaintiff, <br>     v. <br> COMCAST CABLE COMMUNICATIONS, LLC, d/b/a XFINITY, et al., <br>                  Defendants. | Lead Case No. 2:23-cv-00059-JRG <br> Member Case No. 2:23-cv-00062-JRG |

**DECLARATION OF ALENA FARBER IN SUPPORT OF
DEFENDANTS' RESPONSIVE CLAIM CONSTRUCTION BRIEF**

I, Alena Farber, declare as follows:

1.  I am an attorney admitted *pro hac vice* before this Court and an associate at the law firm of Davis Polk & Wardwell LLP, counsel for defendants Comcast Cable Communications, LLC, Comcast Cable Communications Management, LLC, Comcast of Houston, LLC, and Comcast Corporation in the above-captioned action. I submit this declaration in support of Defendants' Responsive Claim Construction Brief. I make this declaration of my own personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

2.  Attached hereto as Exhibit 1 is a true and correct copy of the applicant's Response to Office Action dated February 22, 2012, from the prosecution history of U.S. Patent App. No. 13/245,001, which issued as U.S. Patent No. 8,356,251.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the Examiner-Initiated Interview Summary dated August 16, 2012, from the prosecution history of U.S. Patent App. No. 13/245,001, which issued as U.S. Patent No. 8,356,251.

4.      Attached hereto as Exhibit 3 is a true and correct copy of the Notice of Allowability dated August 16, 2012, from the prosecution history of U.S. Patent App. No. 13/245,001, which issued as U.S. Patent No. 8,356,251.

5.      Attached hereto as Exhibit 4 is a true and correct copy of the applicant's Response to Office Action dated May 9, 2019, from the prosecution history of U.S. Patent App. No. 15/687,249, which issued as U.S. Patent No. 11,048,751.

6.      Attached hereto as Exhibit 5 is a true and correct copy of the applicant's Response to Office Action dated December 12, 2019, from the prosecution history of U.S. Patent App. No. 15/687,249, which issued as U.S. Patent No. 11,048,751.

7.      Attached hereto as Exhibit 6 is a true and correct copy of the applicant's Response to Office Action dated October 28, 2020, from the prosecution history of U.S. Patent App. No. 16/917,095, which issued as U.S. Patent No. 11,086,934.

8.      Attached hereto as Exhibit 7 is a true and correct copy of the applicant's Response to Office Action dated March 3, 2021, from the prosecution history of U.S. Patent App. No. 16/917,095, which issued as U.S. Patent No. 11,086,934.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 18, 2024
                New York, New York

                                        _Alena Farber_
                                        Alena Farber

2

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule CV-5(c), the undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via ECF on April 18, 2024.

_____
Alena Farber