# EXHIBIT 2

| **Examiner-Initiated Interview Summary** | Application No.<br>13/245,001 | Applicant(s)<br>STROBER, DAVID |
|---|---|---|
| | Examiner<br>JOHN HEFFINGTON | Art Unit<br>2172 |

All participants (applicant, applicant's representative, PTO personnel):

(1) <u>JOHN HEFFINGTON</u>.  (3) <u>David Strober</u>.

(2) <u>Samuel Borodach</u>.  (4) _____.

Date of Interview: <u>17 July 2012</u>.

Type:   ☒ Telephonic   ☐ Video Conference
        ☐ Personal [copy given to: ☐ applicant   ☐ applicant's representative]

Exhibit shown or demonstration conducted:   ☐ Yes   ☒ No.
If Yes, brief description: _____.

Issues Discussed   ☐101   ☐112   ☒102   ☐103   ☐Others
(For each of the checked box(es) above, please describe below the issue and detailed description of the discussion)

Claim(s) discussed: <u>1,12 and 23</u>.

Identification of prior art discussed: <u>Schwartz</u>.

Substance of Interview
(For each issue discussed, provide a detailed description and indicate if agreement was reached. Some topics may include: identification or clarification of a reference or a portion thereof, claim interpretation, proposed amendments, arguments of any applied references etc...)

<u>The inventor explained the inventive concept of the invention. The examiner, the inventor and the inventor's attorney discussed claim amendments that could overcome the prior art of record and place the claims in condition for allowance. The examiner stated that he would have to perform an updated search for any new amendments to the claims.</u>.

**Applicant recordation instructions**: It is not necessary for applicant to provide a separate record of the substance of interview.

**Examiner recordation instructions**: Examiners must summarize the substance of any interview of record. A complete and proper recordation of the substance of an interview should include the items listed in MPEP 713.04 for complete and proper recordation including the identification of the general thrust of each argument or issue discussed, a general indication of any other pertinent matters discussed regarding patentability and the general results or outcome of the interview, to include an indication as to whether or not agreement was reached on the issues raised.

☐ Attachment

/Boris Pesin/
Supervisory Patent Examiner, Art Unit 2172