# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TOUCHSTREAM TECHNOLOGIES, INC., <br> Plaintiff, <br> v. <br> CHARTER COMMUNICATIONS, INC., et al., <br> Defendants. | § § § § § § § § § <br> Lead Case No. 2:23-cv-00059-JRG |

## JOINT NOTICE REGARDING MEDIATION

Pursuant to the Court's First Amended Docket Control Order (Dkt. 61), Plaintiff Touchstream Technologies, Inc. ("Touchstream") and Defendants Charter Communications, Inc., Charter Communications Operating, LLC, Spectrum Management Holding Company, LLC, Time Warner Cable Enterprises, LLC, Charter Communications, LLC and Spectrum Gulf Coast, LLC (collectively, "Charter") hereby submit this Joint Notice Regarding Mediation.

Touchstream and Charter agree that this case may benefit from mediation. Touchstream and Charter have not yet agreed on a mediator for the Court to consider but continue to work toward agreement on a mediator and the timing of mediation and will inform the Court accordingly by Tuesday, August 6, 2024.

Dated: July 24, 2024

Respectfully submitted,

*/s/ Ryan Dykal*
Ryan Dykal
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, DC 20005
rdykal@bsfllp.com

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue

Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257
melissa@gillamsmithlaw.com

*Counsel for Plaintiff Touchstream Technologies, Inc.*

/s/ *David Benyacar*

David Benyacar
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019
david.benyacar@arnoldporter.com

Deron Dacus (State Bar No. 00790553)
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Tel:  (903) 705-1117
Fax:  (903) 581-2543
ddacus@dacusfirm.com

*Counsel for Charter Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document is being served through CM/ECF on July 24, 2024.

/s/ *Ryan Dykal*