# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TOUCHSTREAM TECHNOLOGIES, INC.<br>　　　　　　　　　　　　Plaintiff,<br>　v.<br>CHARTER COMMUNICATIONS, INC., et al.,<br>　　　　　　　　　　　　Defendants. | § § § § § § § § § |
| TOUCHSTREAM TECHNOLOGIES, INC.<br>　　　　　　　　　　　　Plaintiff,<br>　v.<br>COMCAST CABLE COMMUNICATIONS, LLC, d/b/a XFINITY, et al.,<br>　　　　　　　　　　　　Defendants. | § § § § § § § § § § § |

Lead Case No. 2:23-cv-00059-JRG
Member Case No. 2:23-cv-00062-JRG

### DECLARATION OF MICAYLA HARDISTY IN SUPPORT OF COMCAST'S MOTIONS IN LIMINE NOS. 1-5

I, Micayla Hardisty, declare as follows pursuant to 28 U.S.C. § 1746:

I am an attorney admitted to practice before this Court and an attorney at Davis Polk & Wardwell LLP, counsel in the above-captioned matter for Defendants Comcast Cable Communications, LLC, Comcast Corporation, Comcast Cable Communications Management, LLC, and Comcast of Houston, LLC (collectively, "Comcast"). I submit this declaration in support of Comcast's Motions in Limine Nos. 1-5 (the "Motions").

I have attached to this declaration exhibits on which Comcast relies in support of its Motions. Pursuant to Local Rule CV-7(b), I have excerpted and highlighted the cited-to portion of the underlying materials in preparing this exhibit.

1. Attached hereto as Exhibit 1 is a true and correct excerpt of Touchstream Technologies, Inc.'s Second Supplemental Responses and Objections to Comcast Defendants' First Set of Interrogatories (Nos. 1-4), served in this case and dated June 11, 2024.

2. Attached hereto as Exhibit 2 is a true and correct excerpt of Sprint's First Amended Complaint, filed in *Sprint Commc'ns Co. L.P. v. Comcast Cable Commc'ns, LLC*, Case No. 2:11-cv-02684 (D. Kan.) and dated March 29, 2012.

3. Attached hereto as Exhibit 3 is a true and correct excerpt of the deposition transcript of Seth Kramer, taken in this case on June 4, 2024.

4. Attached hereto as Exhibit 4 is a true and correct excerpt of the transcript of Jury Trial Proceedings, taken in *Touchstream Techs., Inc. v. Google LLC*, Case No. W-21-CV-569 (W.D. Tex.), dated July 20, 2023, and produced as Bates-numbers TS_COMCAST_00045566 through TS_COMCAST_00045847.

5. Attached hereto as Exhibit 5 is a true and correct excerpt of the Expert Report of Dr. Kevin Jeffay Regarding Invalidity of U.S. Patent Nos. 8,356,251, 11,048,751, and 11,086,934, served in this case and dated June 24, 2024.

6. Attached hereto as Exhibit 6 is a true and correct excerpt of the deposition transcript of Herb Mitschele, taken in this case on May 30, 2024.

7. Attached hereto as Exhibit 7 is a true and correct excerpt of a document produced in this case as Bates-numbers COM_00105093 through COM_00105104.

8. Attached hereto as Exhibit 8 is a true and correct excerpt of a document produced in this case as Bates-numbers COM_00105108 through COM_00105109.

9. Attached hereto as Exhibit 9 is a true and correct excerpt of a document produced in this case as Bates-numbers COM_00105105 through COM_00105107.

10. Attached hereto as Exhibit 10 is a true and correct excerpt of the deposition transcript of Anandhan Subbiah, taken in this case on May 24, 2024.

11. Attached hereto as Exhibit 11 is a true and correct excerpt of the Expert Report of Russell W. Mangum III, Ph.D., served in this case and dated June 24, 2024.

12. Attached hereto as Exhibit 12 is a true and correct excerpt of the deposition transcript of Sharon Cilione-Berger, taken in this case on May 22, 2024.

13. Attached hereto as Exhibit 13 is a true and correct excerpt of the Expert Report of Dr. Kevin C. Almeroth Regarding Infringement of U.S. Patent Nos. 8,356,251, 11,048,751, & 11,086,934, served in this case and dated June 24, 2024.

14. Attached hereto as Exhibit 14 is a true and correct excerpt of the deposition transcript of Sharon Cilione-Berger, taken in *Comcast Cable Commc'ns, LLC v. Sprint Commc'ns Co. L.P.*, Case No. 2:12-cv-00859 (E.D. Pa.) and dated October 15, 2014.

15. Attached hereto as Exhibit 15 is a true and correct excerpt of the deposition transcript of David Strober, taken in this case on June 6, 2024.

16. Attached hereto as Exhibit 16 is a true and correct excerpt of the Expert Report of Stephen L. Becker, Ph.D., served in this case on July 15, 2024.

17. Attached hereto as Exhibit 17 is a true and correct excerpt of the deposition transcript of Stephen Becker, Ph.D. taken in this case on July 29, 2024.

18. Attached hereto as Exhibit 18 is a true and correct excerpt of the deposition transcript of Ernest Pighini, taken in this case on June 7, 2024.

19. Attached hereto as Exhibit 19 is a true and correct copy of Touchstream's proposed trial exhibit PTX-009, purported to be a webpage *available at*: http://www.xfinity.com/buy/tv-equipment.

20. Attached hereto as Exhibit 20 is a true and correct excerpt of the transcript of Jury Trial Proceedings, taken in *Touchstream Techs., Inc. v. Google LLC*, Case No. W-21-CV-569 (W.D. Tex.), dated July 17, 2023, and produced as Bates-numbers TS_COMCAST_00044538 through TS_COMCAST_00044781.

21. Attached hereto as Exhibit 21 is a true and correct excerpt of the transcript of Jury Trial Proceedings, taken in *Touchstream Techs., Inc. v. Google LLC*, Case No. W-21-CV-569 (W.D. Tex.), dated July 18, 2023, and produced as Bates-numbers TS_COMCAST_00044782 through TS_COMCAST_00045184.

22. Attached hereto as Exhibit 22 is a true and correct excerpt of the Rebuttal Report of Dr. Kevin Almeroth in Response to the June 24, 2024 Opening Invalidity Expert Report of Dr. Kevin Jeffay, served in this case and dated July 15, 2024.

23. Attached hereto as Exhibit 23 is at true and correct copy of a document produced in this case as Bates-numbers COM_00008410 through COM_00008415.

24. Attached hereto as Exhibit 24 is a true and correct excerpt of a document produced in this case as Bates-numbers COM_00105070 through COM_00105092.

25. Attached hereto as Exhibit 25 is a true and correct excerpt of a document produced in this case as Bates-numbers COM_00094669 through COM_00094778.

26. Attached hereto as Exhibit 26 is a true and correct copy of Touchstream's proposed trial exhibit PTX-062, purported to be a webpage entitled, "Comcast Begins X1 National Launch, Introduces X1 Remote App," dated May 21, 2012.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 3, 2024
San Jose, California

_____
Micayla Hardisty