# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **TOUCHSTREAM TECHNOLOGIES, INC.,**<br><br>*Plaintiff,*<br><br>*v.*<br><br>**COMCAST CABLE COMMUNICATIONS, LLC, D/B/A XFINITY, ET AL.,**<br><br>*Defendants.* | **Lead Case No. 2:23-cv-00059-JRG**<br>**Member Case No. 2:23-cv-00062-JRG**<br><br>**JURY TRIAL** |

## PLAINTIFF'S INITIAL WITNESS LIST

Pursuant to Federal Rules of Civil Procedure 26(a)(3) and the Court's Third Amended Docket Control Order (Dkt. 205), Plaintiff, Touchstream Technologies, Inc. et al. ("Touchstream") hereby submits the following initial list of witnesses it expects to testify at trials and those they may call at trial if the need arises (either in person, through deposition designations, or through videotaped deposition).

Touchstream reserves the right to object to any of the witnesses called by Defendants Comcast Cable Communications, LLC, Comcast Cable Communications Management, LLC, Comcast of Houston, LLC, and Comcast Corporation (collectively, "Comcast") and reserves the right to call additional witnesses for purposes of impeachment or rebuttal. Touchstream further reserves the right to call any witness Comcast identifies in its witness list or calls during trial.

| Name | Affiliation | Will/May Call | Live/Deposition | Objections |
|---|---|---|---|---|
| Herb Mitschele | Touchstream | Will | Live | |
| David Strober | Touchstream | Will | Live | |
| Kevin Almeroth | Expert retained by Touchstream | Will | Live | |

| Name | Affiliation | Will/May Call | Live/Deposition | Objections |
|------|-------------|---------------|-----------------|------------|
| Russ Mangum | Expert retained by Touchstream | Will | Live | |
| Jamie Cohen | Touchstream | Will | Live or by deposition | FRCP 32, FRE 802 (to the extent Touchstream seeks to call Mr. Cohen by deposition). |
| Ramon Villaceran | Comcast | Will | Live or by deposition | |
| Evan Cohen | Comcast | Will | Live or by deposition | |
| Todd Ricker | Comcast | Will | Live or by deposition | |
| Ernest Pighini | Comcast | Will | Live or by deposition | |
| Jeffrey Pinard | Third Party | Will | Deposition | |
| Tony Werner | Comcast | Will | Deposition | |
| Michael Rinzler | Touchstream | May | Live or by deposition | FRCP 32, FRE 802 (to the extent Touchstream seeks to call Mr. Rinzler by deposition). |
| Gil Beyda | Third Party | May | Deposition | |
| Seth Kramer | Comcast | May | Deposition | |
| Scott Manning | Comcast | May | Deposition | |
| Linda Yaccarino | Third Party | May | Deposition | |
| Sharon Cilione-Berger | Comcast | May | Deposition | |