# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TOUCHSTREAM TECHNOLOGIES, INC., <br> Plaintiff, <br> v. <br> COMCAST CABLE COMMUNICATIONS, LLC, d/b/a XFINITY, et al., <br> Defendants. | § § § § § § § § § § Lead Case No. 2:23-cv-00059-JRG <br> Member Case No. 2:23-cv-00062-JRG <br><br> **JURY TRIAL DEMANDED** |

## COMCAST'S WITNESS LIST

Pursuant to Federal Rules of Civil Procedure 26(a)(3) and the Court's Third Amended Docket Control Order (Dkt. 205), Defendants Comcast Cable Communications, LLC, Comcast Cable Communications Management, LLC, Comcast of Houston, LLC, and Comcast Corporation (collectively, "Comcast") provide the following list of fact and expert witnesses whom they expect to call or may call at trial, either in their case-in-chief or for rebuttal, and either live or through sworn deposition testimony.

Comcast reserves the right to object to any of the witnesses called by Plaintiff Touchstream Technologies, Inc. ("Touchstream"), and reserves the right to call additional witnesses for purposes of impeachment or rebuttal. Comcast further reserves the right to call any witness Touchstream identifies in its witness list or calls during trial.

| Name | Affiliation | Will/ May Call | Live/ Deposition | Objections |
|---|---|---|---|---|
| Dr. Stephen Becker | Expert retained by Comcast | Will | Live | |
| Michael Bevan | Third Party | May | Live | R, P, U, SM |
| Gil Beyda | Third Party | May | Live | |
| Sharon Cilione-Berger | Comcast | May | Live | |
| Evan Cohen | Comcast | May | Live | |
| Jamie Cohen | Touchstream | May | By deposition | |

1

| Name | Affiliation | Will/ May Call | Live/ Deposition | Objections |
|---|---|---|---|---|
| Dr. Kevin Jeffay | Expert retained by Comcast | Will | Live | |
| Rajiv Lulla | Third Party | May | By deposition | |
| Scott Manning | Comcast | May | Live | |
| Jeffrey Pinard | Third Party | May | By deposition | |
| Todd Ricker | Comcast | May | Live | |
| Michael Rinzler | Touchstream | May | By deposition | |
| Joshua Seiden | Comcast | Will | Live | |
| Anandhan Subbiah | Comcast | May | Live | |
| Tony Werner | Comcast | Will | Live | |
| Linda Yaccarino | Third Party | May | By deposition | |

**Objection Key**

| Abbreviation | Definition |
|---|---|
| A | Authentication, FRE 901/902 |
| D | Demonstrative/Should not be admitted into evidence |
| I | "Incomplete"/Completeness, FRE 106 |
| IM | Improper – not evidence of anything |
| F | Foundation, FRE 602, 901 |
| H | Hearsay, FRE 801, 802, 805 |
| R | Relevance, FRE 401, 402 |
| O | Overbroad, FRE 402 |
| P | Prejudicial, FRE 403 |

| | |
|---|---|
| U | Untimely / Never Produced / Not Produced During Discovery, FRCP 26, 37 |
| DUP | Duplicative |
| SM | Subject to Motion (*Daubert* and/or motion *in limine*) |
| ND | Testimony has not been designated |
| FRCP 32 | Deposition not admissible as exhibit |
| SO | Violating the Court's Standing Order On The Number And Use Of Pre-Admitted Exhibits In Civil Cases Assigned To Chief Judge Rodney Gilstrap |
| IMS | FRE 1006 |