# EXHIBIT C

## TOUCHSTREAM NON-JOINT EXHIBITS - COMCAST

| PTX | Identifier | Description | Comcast Objections |
|---|---|---|---|
| 2 | COM_00105110 | Comcast Customer Months Spreadsheet | |
| 3 | TS_COMCAST_00077400 | Mitschele email | FRE 402, 403, 802 |
| 5 | TS_COMCAST_00014300 | Quadriga Statement of Work Doc | FRE 802 |
| 7 | COM_00084167 | Rovi Patent License Agreement | FRE 106, 402, 403; S |
| 8 | COM_00085141 | Rovi Guides Cross License | FRE 106, 402, 403; S |
| 9 | https://www.xfinity.com/buy/tv-equipment | Comcast Customize TV Equipment Page | FRE 402, 403 |
| 10 | https://developmentsupport.wyndham.com/files/9314/9686/1884/STAYCASTSummerOffer-FINAL.pdf | Offer Doc for Wyndham hotels, Staycast by Sonifi by Chromecast | FRCP 26; FRE 402, 403, 802; S |
| 11 | https://www.youtube.com/watch?v=cSxLkwekit4 | YouTube, "Patent Trial & Appeal Board Roundtable | Comments on Patent Litigation," | FRCP 26; FRE 402, 403, 802; S |
| 12 | COM_00004301 | Comcast June 2010 Project Request | FRCP 26; FRE 901 |
| 13 | https://www.sling.com/help/en/troubleshooting/device-questions/multiple-screens | Sling Page on Multiple Screens | FRCP 26; FRE 402, 403, 802; S |
| 14 | https://help.netflix.com/en/node/102377. | Getting Started with Netflix page | FRCP 26; FRE 402, 403, 802; S |
| 15 | https://help.hulu.com/article/hulu-unlimited-screens | Hulu Unlimited Screens Add-On page | FRCP 26; FRE 402, 403, 802; S |
| 16 | Touchstream v Google Admitted Exhibit JTX0167 (GOOG-TST-00197517) | Business case for Chromecast | FRCP 26; FRE 402, 403, 802; S |
| 18 | COM_00001389 | Xfinity Remote 1.0 Trial Request | FRE 402, 403, 802, 901; S |
| 19 | COM_00000998 | | |
| 20 | TS_COMCAST_00096472 | | FRE 402, 403, 802, 901; S |
| 21 | TS_COMCAST_00054555 | | FRE 106, 402, 403, 802 |
| 22 | TS_COMCAST_00014056 | Dec 2011 Email thread between Mitschele and Derek Johnson at Comcast | FRE 402, 403, 802 |
| 23 | COM_00095802 | April 2012 Comcast email thread | FRE 402, 403, 802 |
| 24 | TS_COMCAST_00041043 | June 2011 presentation to Yaccarino at Turner | FRE 106, 402, 403, 802; S |
| 25 | COM_00095975-6 | Dec 2011 Comcast email | FRE 402, 403 |
| 26 | COM_00091273 | Genacast notes | FRE 402, 403 |
| 27 | COM_00091381 | Dec 2012 Genacast email | FRE 402, 403 |
| 28 | TS_COMCAST_00065826 | Nov. 2013 Email to Genecast | FRE 106, 402, 403, 802 |
| 29 | COM_00091235 | August 2011 TS Presentation to Genacast | FRE 402, 403 |
| 30 | Comcast Resp to Touchstream First Set of RFAs, served June 10, 2024 | Comcast Resp to Touchstream First Set of RFAs, served June 10, 2024 | FRE 402, 403 |
| 31 | TS_COMCAST_00030341 | Dec 2011 Touchstream thread | FRE 106, 402, 403, 802 |
| 32 | COM_00094668 | March 2012 TS-Comcast MM | FRE 402, 403 |
| 33 | COM_00095809 | April 2012 Email | FRE 402, 403; S |

| # | Bates/Source | Description | Objections |
|---|---|---|---|
| 34 | https://medium.com/@gilbeyda/excited-to-join-comcast-ventures-to-invest-in-game-changing-technologies-at-all-stages-93c089159f37 | Gil Beyda Blog Post | FRE 402, 403 |
| 35 | https://comcastventures.com | Comcast Ventures Website | FRE 402, 403 |
| 46 | COM_00029225 | RDK Overview | S |
| 50 | COM_00030469 | STB Software Architecture diagram | FRE 106, 403 |
| 52 | COM_00014952 | TV Remote Apps for SMB Customers Architecture | FRE 402, 403, 802 |
| 55 | COM_00012782 | XTVAPI presentation | S |
| 56 | COM_00014565 | TV Listings | S |
| 57 | COM_00032319 | AAMP Overview | |
| 58 | COM-SC_00000921-41 | Comcast Source Code | |
| 59 | COM_00001060 | Xfinity TV app Presentation | |
| 60 | COM_00006411-417 | cim Xfinity TV app for Android | |
| 61 | COM_00094669-778 | Email re NCTA Clip Report | FRE 402, 403, 802 |
| 63 | COM_00002404 | 11/8/10 Update Presentation | |
| 64 | COM_00001006-008 | Xfinity Remote Overview Slides | |
| 65 | COM_00002678 | Xfinity TV App Roadmap | |
| 66 | COM_00000593 | Video Demonstration | |
| 75 | TS_COMCAST_00024780 | TS_CHARTER_00024742 | FRE 402, 403, 802; S |
| 77 | ube-master/portal-socket/src/portal-socket-server.js | ube-master/portal-socket/src/portal-socket-server.js | |
| 78 | …/shodogg-Quad-And-Lib/src/com/shodogg/quad/and/lib/DeviceViewModel.java | …/shodogg-Quad-And-Lib/src/com/shodogg/quad/and/lib/DeviceViewModel.java | |
| 79 | …/quad/and/lib/activity/MainActivity.java | …/quad/and/lib/activity/MainActivity.java | |
| 80 | ube-master/service/src/main/java/com/shodogg/ube/service/controller/core/ScreenController.java | ube-master/service/src/main/java/com/shodogg/ube/service/controller/core/ScreenController.java | |
| 81 | ube-master/service/src/main/java/com/shodogg/ube/converter/URLEncodedToJSONHttpMessageConverter.java | ube-master/service/src/main/java/com/shodogg/ube/converter/URLEncodedToJSONHttpMessageConverter.java | |
| 82 | ube-master/service/src/main/java/com/shodogg/ube/business/core/ScreenManager.java | ube-master/service/src/main/java/com/shodogg/ube/business/core/ScreenManager.java | |
| 83 | ube-master/service/src/main/java/com/shodogg/ube/SessionManager.java | ube-master/service/src/main/java/com/shodogg/ube/SessionManager.java | |
| 84 | TS_COMCAST_00059080 | Nov 2014 email with Herb, Jamie, and Krishnan Bhatia at NBCU | FRE 402, 403, 802 |
| 85 | TS_COMCAST_00086344 | August 2014 TS email thread | FRE 402, 403, 802; S |
| 86 | TS_COMCAST_00093602 | HP Agreement | FRE 402, 403 |

| # | Link/Bates | Description | Objections |
|---|---|---|---|
| 88 | https://newsroom.hyatt.com/news-releases?item=123566 | Hyatt page re Sonifi powered by Chromecast | FRCP 26; FRE 402, 403, 802; S |
| 89 | https://www.hyatt.com/info/chromecast | Hyatt, "Connect in Room With Chromecast," Page | FRCP 26; FRE 402, 403, 802; S |
| 90 | https://www.sonifi.com/streaming/ | Sonifi website | FRCP 26; FRE 402, 403, 802; S |
| 91 | https://www.theverge.com/23537741/google-chromecast-10-yearold- | The Verge Article | FRCP 26; FRE 402, 403, 802; S |
| 92 | COM_00095827 | Comcast Jan 2012 email attaching CableLabs Scout Tour guide | FRE 402, 403, 802 |
| 93 | COM_00095829 | Jan 2012 CableLabs Scout Tour PPT attached to Comcast email thread | FRE 402, 403, 802 |
| 94 | COM_00091304 | August 2011 Genacast MM | FRE 402, 403 |
| 95 | https://www.prnewswire.com/news-releases/shodogg-announces-the-release-of-screendirect-a-business-to-business-solution-enabling-companies-to-seamlessly-direct-digital-content-across-screens-187284641.html | Shodogg, Shodogg announces the release of ScreenDirect a business-to-business solution enabling companies to seamlessly direct digital content across screens, Cision PR Newswire (Jan. 17, 2013 9:15 ET) | FRCP 26; FRE 402, 403, 802; S |
| 96 | https://www.alleywatch.com/2014/12/meet-shodogg-who-won-this-years-techweek-nyc-launch-competition/. | *Meet Shodogg Who Won this Year's Techweek NYC Launch Competition,* *AlleyWatch (12/2014),* | FRCP 26; FRE 402, 403, 802; S |
| 97 | https://web.archive.org/web/20111003131546/http://shodogg.com/ | (archived snapshot of Shodogg website from October 3, 2011) | FRCP 26; FRE 402, 403, 802; S |
| 98 | https://venturebeat.com/2011/12/14/shodogg-video-sharing-phones-tvs-exclusive/; | Sean Ludwig, Shodogg will let you pause and restart video from any device (exclusive), VentureBeat (Dec. 14, 2011 7:00 AM) | FRCP 26; FRE 402, 403, 802; S |
| 99 | https://www.youtube.com/watch?v=0PwyssjsMiQ | CES 2012: Video desde el celular a otros dispositivos con Shodogg (youtube.com) | FRCP 26; FRE 402, 403, 802; S |
| 100 | https://www.youtube.com/watch?app=desktop&v=BbZsk-xG2Fs | Seth Green shows off his new app, Shodogg (youtube.com) | FRCP 26; FRE 402, 403, 802; S |