# EXHIBIT D

**COMCAST'S TRIAL EXHIBIT LIST**

| EX. NO. | DATE | DESCRIPTION | BEG BATES | END BATES | TOUCHSTREAM'S OBJECTIONS |
|---|---|---|---|---|---|
| DTX-002 | 10/30/2009 | Document entitled, "Xcalibur: Product Requirements Document." | COM_00060174 | COM_00060174 | A, F, H, P, SM |
| DTX-011 | 5/12/2010 | Schwartz, "XFINITY Remote Prototype: iPad Demo at NCTA Show." | COM_00008408 | COM_00008409 | |
| DTX-017 | 10/20/2010 | Filename: Ipad Demo.mov | COM_00000653 | COM_00000653 | A, H, P, SM, U |
| DTX-020 | 11/15/2010 | Strauss, "Xfinity TV News: Comcast Demos iPad App at Web 2.0." | COM_00008399 | COM_00008400 | |
| DTX-021 | 11/15/2010 | Webpage entitled, "Comcast Announces Launch for XFINITY TV App for iPad with the Ability to | COM_00010983 | COM_00010986 | |
| DTX-023 | 11/24/2010 | Filename: XFINITY TV App Feature Overview v7.xlsx | COM_00092035 | COM_00092035 | |
| DTX-024 | 11/29/2010 | Filename: XTV_GetStarted_iPad_ae3.jpg | COM_00000668 | COM_00000668 | A, H, P, SM |
| DTX-025 | 6/22/2011 | Document entitled, "Touchstream Technolgies, | TS_CHARTER_00024624 | TS_CHARTER_00024626 | R, P, SM |
| DTX-029 | 11/2/2011 | Email from M. Rinzler to J. Cohen and Founders, re: Letter of intent/Thursday meeting | TS_COMCAST_00096470 | TS_COMCAST_00096471 | R, P, SM |
| DTX-031 | 1/6/2012 | Filename: Shodogg - Video's Best Friend.mp4 | COM_00105419 | COM_00105419 | R, P, SM |
| DTX-032 | 1/19/2012 | Email from H. Mitschele to M. Rinzler, re: Shodogg checking in… | TS_COMCAST_00014059 | TS_COMCAST_00014062 | R, P, SM |
| DTX-034 | 3/8/2012 | Email from P. Lingle to T. Werner, re: Shodogg | COM_00101614 | COM_00101614 | DUP, H, P, R, SM |
| DTX-035 | 4/5/2012 | Email from H. Mitschele to J. Cohen, Founders, R. Lulla, and J. Cohen, re: NBC Meeting Recap | TS_COMCAST_00047256 | TS_COMCAST_00047257 | H, A, R, P, SM |
| DTX-038 | 5/3/2012 | Filename: XFINITY TV app features by platform v6.xlsx | COM_00007682 | COM_00007682 | H, R, P, SM |
| DTX-039 | 5/13/2012 | Document entitled, "Hotel Business Update and Use Case." | TS_COMCAST_00022796 | TS_COMCAST_00022797 | H, R, P, SM |
| DTX-040 | 10/19/2012 | File Name:  XFINITY TV app features by platform v8.xlsx | COM_00008089 | COM_00008089 | R, P, SM |
| DTX-041 | 12/21/2012 | Email from D. Ruch to G. Beyda, re: Herb Mitschele, Jamie Cohen [Shodogg] [#ix] | COM_00091331 | COM_00091331 | DUP, H, A, R, P, SM |
| DTX-042 | 12/21/2012 | Email from G. Beyda to D. Ruch, re: Herb Mitschele, Jamie Cohen [Shodogg] [#ix] | COM_00091358 | COM_00091359 | DUP, H, A, R, P, SM |
| DTX-043 | 4/1/2013 | Webpage entitled, "XFINITY TV Player app." | COM_00105400 | COM_00105401 | R, P, SM, F, A, H |
| DTX-044 | 4/10/2013 | Email from H. Mitschele to G. Beyda re: Shodogg connection | COM_00091361 | COM_00091363 | DUP, H, A, R, P |
| DTX-045 | 4/23/2013 | Calendar Invitation from G. Beyda to H. Mitschele, re: Herb Mitschele, Shodogg [#ix] | COM_00091287 | COM_00091287 | |
| DTX-047 | 5/15/2013 | Webapage entitled, "Take XFINITY Apps wherever you go." | COM_00105398 | COM_00105399 | R, P, SM, F, A, H |
| DTX-048 | 9/3/2013 | Document entitled, "Shodogg." | TS_CHARTER_00065855 | TS_CHARTER_00065855 | R, P, SM |
| DTX-049 | 11/11/2013 | Filename: Cap Table.xlsx | TS_COMCAST_00026835 | TS_COMCAST_00026835 | R, O, P, SM |
| DTX-050 | 11/13/2013 | Email from H. Mitschele to D. Horowitz, re: Thanks | COM_00091281 | COM_00091281 | |
| DTX-051 | 11/21/2013 | Email from H. Mitschele to K. Turner, re: yesterday | TS_COMCAST_00013929 | TS_COMCAST_00013931 | R, P, I, SM, D, O |
| DTX-052 | 11/21/2013 | Email from H. Mitschele to D. Horowitz re: yesterday | TS_COMCAST_00065876 | TS_COMCAST_00065877 | R, P, I, M, D, O |
| DTX-054 | 2/3/2015 | Presentation entitled, "SHODOGG - Unleash Every Screen." Filename: NBC Final.pptx | TS_COMCAST_00019337 | TS_COMCAST_00019361 | R, P, I, SM |
| DTX-055 | 3/12/2015 | Article entitled, "X1's Talking Guide Continues to Make a Difference," *available at* : https://corporate.comcast/comcast-voices/x1s-talking-guide-continues-to-make-a-difference | COM_00095407 | COM_00095408 | R, P, IM, O, H |

**COMCAST'S TRIAL EXHIBIT LIST**

| EX. NO. | DATE | DESCRIPTION | BEG BATES | END BATES | TOUCHSTREAM'S OBJECTIONS |
|---|---|---|---|---|---|
| DTX-056 | 1/18/2016 | Email from H. Mitschele to J. Cohen, re: we need to convey to NBC we are not moving forward with Wendy's group | TS_COMCAST_00056673 | TS_COMCAST_00056673 | R, P, F, SM |
| DTX-057 | 3/17/2016 | Document entitled, "Charter Alliance Member Program (CAMP): ShoDogg | NBC Universal." | TS_COMCAST_00028948 | TS_COMCAST_00028954 | R, P, SM |
| DTX-058 | 3/17/2016 | Document entitled, "Charter Alliance Member Program (CAMP): ShoDogg | Turner." Filenames: Shodogg_TURNER_CAMP.pdf; Shodogg_NBC_CAMP_R.pdf; Shodogg_ABC_CAMP.pdf; Shodogg_FOX_CAMP.pdf; Next steps - Shodogg; Shodogg_NBC_CAMP_R.pdf; CAMP information; Shodogg_NBC_CAMP.pdf; Re_ Update; Shodogg TB Sales Letter of Intent - signed.pdf | TS_COMCAST_00054267 TS_COMCAST_00054274 TS_COMCAST_00054281 TS_COMCAST_00054288 TS_COMCAST_00054295 TS_COMCAST_00054296 TS_COMCAST_00054303 TS_COMCAST_00054304 TS_COMCAST_00054311 TS_COMCAST_00054312 | TS_COMCAST_00054273 TS_COMCAST_00054280 TS_COMCAST_00054287 TS_COMCAST_00054294 TS_COMCAST_00054295 TS_COMCAST_00054302 TS_COMCAST_00054303 TS_COMCAST_00054304 TS_COMCAST_00054311 TS_COMCAST_00054312 | R, P, SM |
| DTX-059 | 3/17/2016 | Email from J. Cohen to H. Mitschele, re: Hey Att: Shodogg_NBC_CAMP_R.pdf | TS_COMCAST_00055887 TS_COMCAST_00055892 | TS_COMCAST_00055891 TS_COMCAST_00055898 | R, P, SM |
| DTX-060 | 6/30/2016 | Presentation entitled, "X1 Architecture." | COM_00036001 | COM_00036041 | |
| DTX-061 | 9/13/2016 | Filename: Budget as of 9.13.16.xlsx | TS_COMCAST_00021788 | TS_COMCAST_00021788 | R, P, O, IM, SM |
| DTX-062 | 3/22/2017 | Filename: XFINITY Stream App - SPOT Product Page v1.docx | COM_00037576 | COM_00037578 | R, IM, O, SM |
| DTX-064 | 4/24/2017 | Email from H. Mitschele to L. Yaccarino, re: Shodogg Update - Important | TS_COMCAST_00054526 | TS_COMCAST_00054527 | R, P, IM, SM |
| DTX-065 | 6/15/2017 | Presentation entitled, "Stock Valuation Report." Att: Touchstream Technologies, Inc. 409A DRAFT as of 10.01.16 - v2.pdf; Touchstream Technologies, Inc. 409A Final Opinion as of 12.31.14.pdf | TS_COMCAST_00015611 TS_COMCAST_00015655 TS_COMCAST_00015676 | TS_COMCAST_00015654 TS_COMCAST_00015675 TS_COMCAST_00015730 | R, P, SM |
| DTX-066 | 4/8/2018 | Article entitled, "Comcast Wins Emmy Award for X1 Voice Remote Technology," *available at*: https://jobs.comcast.com/ml-ai-team-page/comcast-wins-emmy-award-for-x1-voice-remote-technology#:~:text=The%20National%20Academy%20of%20Television,software%20platform%20that%20powers%20it. | COM_00095430 | COM_00095431 | R, P, H |
| DTX-069 | 3/2/2020 | Document entitled, "Intellectual Property Policy." | COM_00093278 | COM_00093281 | H, F |
| DTX-071 | 5/26/2023 | Filename: Xfinity_Stream_High_Level_Architecture.html | COM_00014660 | COM_00014662 | F |
| DTX-073 | 5/26/2023 | Filename: Xfinity_Stream_Pre-_And_Instant_Activation_Architecture.html | COM_00014793 | COM_00014799 | F |
| DTX-074 | 5/26/2023 | Filename: XFINITY_Stream_Continue_Watching_Engineering_Feature_Spec.html | COM_00014814 | COM_00014817 | F |
| DTX-075 | 5/30/2023 | Filename: Updating_Watched_Status_for_XFINITY_Stream.html | COM_00023553 | COM_00023555 | F, SM, R |
| DTX-076 | 5/30/2023 | Filename: For_You.html | COM_00022586 | COM_00022587 | F, SM, R |
| DTX-077 | 5/30/2023 | Filename: Smart_Search_Flow_Proposal.html | COM_00024493 | COM_00024493 | F, SM, R |
| DTX-078 | 12/22/2023 | Chat between G. Beyda and A. Neudecker | COM_00091333 | COM_00091333 | F, R |
| DTX-079 | 3/19/2024 | Webpage entitled, "Awards & Recognition." *available at*: https://corporate.comcast.com/press/awards | COM_00095445 | COM_00095459 | R, P, SM |
| DTX-080 | 3/21/2024 | Filename: remote-app-maa.xlsx | COM_00093296 | COM_00093296 | F, R, IM, P |
| DTX-081 | 3/21/2024 | Filename: remote-app-total-users.xlsx | COM_00093295 | COM_00093295 | F, A, H, P, SM |
| DTX-082 | 4/24/2024 | Webpage entitled, "XFINITY TV Remote," *available at*: https://appstoreconnect.apple.com/apps/201629893/distribution/activity/ios/versions | COM_00105070 | COM_00105092 | F, A, H, P, SM |
| DTX-083 | 4/24/2024 | Webpage entitled, "XFINITY TV X1 Remote," available at: https://appstoreconnect.apple.com/apps/527726789/distribution/activity/ios/versions | COM_00105065 | COM_00105069 | F, A, H, P, SM |
| DTX-086 | 5/13/2024 | Presentation entitled, "TV Remopte App." | COM_00105403 | COM_00105408 | F, A, H, P, SM |
| DTX-087 | 5/31/2024 | Filename: COM_00093296 - Monthly Users with VOD tunes.xlsx | COM_00105431 | COM_00105431 | F, A, H, P, SM |

**COMCAST'S TRIAL EXHIBIT LIST**

| EX. NO. | DATE | DESCRIPTION | BEG BATES | END BATES | TOUCHSTREAM'S OBJECTIONS |
|---|---|---|---|---|---|
| DTX-088 | 9/8/2023<br>12/1/2023<br>2/20/2024<br>3/29/2024<br>4/15/2024<br>5/23/2024<br>6/10/2024<br>6/11/2024 | Touchstream's Objections and Responses to Comcast's First, Second, Third, and Fourth Interrogatories (Nos. 1-12) | | | I |
| DTX-089 | 9/8/2023 | Touchstream's Objections and Responses to | | | I |
| DTX-090 | | Curriculum Vitae for Dr. Kevin Jeffay | | | |
| DTX-091 | 11/28/2019 | Consulting Agreement between Touchstream Technologies, Inc. and David Strober | TS_COMCAST_00046988 | TS_COMCAST_00046994 | |
| DTX-095 | 9/26/2011 | File history for U.S. Patent No. 8,356,251 | TS_COMCAST_00011737 | TS_COMCAST_00012274 | |
| DTX-096 | 8/25/2017 | File history for U.S. Patent No. 11,048,751 | TS_COMCAST_00012295 | TS_COMCAST_00013066 | |
| DTX-097 | 6/30/2020 | File history for U.S. Patent No. 11,086,934 | TS_COMCAST_00013086 | TS_COMCAST_00013840 | |

| TOUCHSTREAM'S OBJECTIONS KEY | |
|---|---|
| **Abbreviation** | **Definition** |
| A | Authentication, FRE 901/902 |
| D | Demonstrative/Should not be admitted into evidence |
| I | "Incomplete"/Completeness, FRE 106 |
| IM | Improper – not evidence of anything |
| F | Foundation, FRE 602, 901 |
| H | Hearsay, FRE 801, 802, 805 |
| R | Relevance, FRE 401, 402 |
| O | Overbroad, FRE 402 |
| P | Prejudicial, FRE 403 |
| U | Untimely / Never Produced / Not Produced During Discovery, FRCP 26, 37 |
| DUP | Duplicative |
| SM | Subject to Motion (*Daubert* and/or motion *in limine*) |
| ND | Testimony has not been designated |
| FRCP 32 | Deposition not admissible as exhibit |
| SO | Violating the Court's Standing Order On The Number And Use Of Pre-Admitted |
| IMS | FRE 1006 |
| B | Best evidence rule |