# EXHIBIT E

**JOINT TRIAL EXHIBIT LIST**

| EX. NO. | DATE | DESCRIPTION | BEG BATES | END BATES | PARTY EX. NO. |
|---|---|---|---|---|---|
| JTX-001 | 6/19/2009 | Document entitled, "HITS AXIS: Asynchronous Message Relay Server Interface (AMI) Specification." | COM_00090848 | COM_00090855 | DTX-001 |
| JTX-002 | 2/25/2010 | Email from J. Mora to S. Cilione re Social Remote UI on an iPhone/Laptop - messaging an EBIF listener app | COM_00092062 | COM_00092066 | DTX-003 |
| JTX-003 | 5/7/2010 | Filename: socialRemote.xml | COM_00090717 | COM_00090717 | DTX-004 |
| JTX-004 | 5/7/2010 | Filename: my-alerts.xml | COM_00090729 | COM_00090729 | DTX-005 |
| JTX-005 | 5/7/2010 | Filename: vod-viewer.xml | COM_00090730 | COM_00090730 | DTX-006 |
| JTX-006 | 5/7/2010 | Filename:alert.xsd | COM_00090722 | COM_00090722 | DTX-007 |
| JTX-007 | 5/7/2010 | Filename: registerSettop.xsd | COM_00090718 | COM_00090718 | DTX-008 |
| JTX-008 | 5/7/2010 | Document entitled, "UDP Messaging Services, Version 1.0, Interface Specification." | COM_00090857 | COM_00090863 | DTX-009 |
| JTX-009 | 5/10/2010 | U.S. Patent Provisional Application No. 61/333,066 entitled, "Intelligent Remote Control," to McMahon et al. (May 10, 2010) | COM_00010711 | COM_00010774 | DTX-010 |
| JTX-010 | 5/12/2010 | Youtube, "Xfinity Remote powered by Comcast." | COM_00008410 COM_00011012 | COM_00008415 COM_00011012 | DTX-012 |
| JTX-011 | 5/17/2010 | Presentation entitled, "Remote Tune Preliminary Assessment -- Xplat: NE&TO Product Engineering." | COM_00003890 | COM_00003909 | DTX-013 |
| JTX-012 | 5/27/2010 | Document entitled, "Xfinity Remote - Attu." | COM_00004110 | COM_00004127 | DTX-014 |
| JTX-013 | 7/29/2010 | Document entitled, "Crossplatform: Xfinity TV Remote application for iPad Sign In, Set Up & Messaging Documentation." | COM_00000905 | COM_00000977 | DTX-015 |
| JTX-014 | 9/8/2010 | Document entitled, "PE QA Test Report."  Atts:  Presentation entitiled, "Aloha BW Model E2E Performancec Testing E2E Load Testing"; Microsoft_Office_Excel_Worksheet1.xlsx; Remote Tune 1.0 System Architecture Description; Microsoft_Office_Excel_Worksheet3.xlsx | COM_00003703 COM_00003712 COM_00003733 COM_00003734 COM_00003765 | COM_00003711 COM_00003732 COM_00003733 COM_00003764 COM_00003765 | DTX-016 |
| JTX-015 | 10/26/2010 | Presentation entitled, "Xfinity TV 1.0 Training - Training for EVT Desk - October 26-28, 2010." | COM_00003628 | COM_00003656 | DTX-018 |
| JTX-016 | 11/4/2010 | Presentation entitled, "XFINITY TV Application - XNOC Readiness Plan (XNOC-RP)." | COM_00005535 | COM_00005575 | DTX-019 / PTX-017 |
| JTX-017 | 11/22/2010 | Filename: IPAD_Barker_FINAL.mov | COM_00000593 | COM_00000593 | DTX-022 / PTX-066 |
| JTX-018 | 8/19/2011 | Calendar invitation to H. Mitschele from G. Beyda, re: ShoDogg Meeting (Touchstream Technologies) | COM_00091288 | COM_00091288 | DTX-026 |
| JTX-019 | | Filenames: tv_remote_usage_days.xlsx; Microsoft_Excel_Worksheet4.xlsx; Microsoft_Excel_Worksheet3.xlsx; Microsoft_Excel_Worksheet2.xlsx; Microsoft_Excel_Worksheet1.xlsx; Microsoft_Excel_Worksheet.xlsx | COM_00105402 COM_00105409 COM_00105410 COM_00105411 COM_00105412 COM_00105413 | COM_00105402 COM_00105409 COM_00105410 COM_00105411 COM_00105412 COM_00105413 | DTX-027 |
| JTX-020 | 9/1/2011 | Filename: Meetings.xlsx | TS_COMCAST_00086487 | TS_COMCAST_00086487 | DTX-028 |
| JTX-021 | 12/20/2011 | Email from S. Schwartz to B. Witowski and M. DelCiello, re:  Can you send me any background on Shodogg? | COM_00095975 | COM_00095976 | DTX-030 / PTX-025 |
| JTX-022 | 3/8/2012 | Email from T. Werner to P. Lingle, re: Shodogg | COM_00101606 | COM_00101606 | DTX-033 |
| JTX-023 | 4/5/2012 | Presentation entitled, "Video's Best Friend." Filename: Presentation 2-21.pdf | TS_COMCAST_00092857 | TS_COMCAST_00092875 | DTX-036 |
| JTX-024 | 4/17/2012 | Email from T. Werner to S. Schwartz and M. DelCiello, re: Update on Shodogg discussions | COM_00095802 | COM_00095802 | DTX-037 / PTX-023 |
| JTX-025 | 5/6/2013 | Presentation entitled, "Xcalibur Overview." | COM_00035607 | COM_00035607 | DTX-046 |
| JTX-026 | 4/7/2014 | Presentation entitled, "X1 Platform Overview." | COM_00034761 | COM_00034793 | DTX-053 |
| JTX-027 | 4/23/2017 | Email from L. Yaccarino to H. Mitschele, re: Shodogg Update - Important | TS_COMCAST_00014025 | TS_COMCAST_00014026 | DTX-063 |
| JTX-028 | 11/28/2019 | Consulting Agreement Between Touchstream Technologies, Inc. and Mitschele Consulting, LLC | TS_COMCAST_00047005 | TS_COMCAST_00047011 | DTX-067 |
| JTX-029 | 1/6/2020 | Settlement Agreement between Touchstream Technologies, Inc. and Vizbee, Inc. | TS_COMCAST_00033484 | TS_COMCAST_00033491 | DTX-068 |
| JTX-030 | 5/26/2023 | Filename: Login_&_Setup.html | COM_00014575 | COM_00014575 | DTX-070 |

**JOINT TRIAL EXHIBIT LIST**

| EX. NO. | DATE | DESCRIPTION | BEG BATES | END BATES | PARTY EX. NO. |
|---|---|---|---|---|---|
| **JTX-031** | 5/26/2023 | Filename: XRE_Protocol_Specification.html | COM_00014419 | COM_00014464 | **DTX-072 / PTX-045** |
| **JTX-032** | 5/3/2024 | Filename: MVI_5936.MOV | COM_00105432 | COM_00105432 | **DTX-084** |
| **JTX-033** | 5/3/2024 | Filename: MVI_5925.MOV | COM_00105433 | COM_00105433 | **DTX-085** |
| **JTX-034** | 4/22/2004 | U.S. Patent Application Publication No. 2004/0078812 entitled, "Method and Apparatus for Acquiring Media Services Available from Content Aggregrators," to Calvert | COM_00083704 | COM_00083722 | **DTX-092** |
| **JTX-035** | 2/25/2014 | U.S. Patent No. 8,660,545 entitled, "Responding to a Video Request by Displaying Information on a TV Remote and Video on the TV," to Redford | COM_00008962 | COM_00009031 | **DTX-093** |
| **JTX-036** | 3/22/2016 | U.S. Patent No. 9,294,800 entitled, "Intelligent Remote Control," to McMahon et al. (Mar. 22, 2016) with Appendix A | COM_00008673 COM_00036042 | COM_00008704 COM_00036064 | **DTX-094** |
| **JTX-037** | 1/12/2013 | U.S. Patent No. 8,356,251 entitled, "Play Control of Contest on a Display Device," to Strober | TS_COMCAST_00012275 | TS_COMCAST_00012294 | **DTX-098 / PTX-036** |
| **JTX-038** | 6/29/2021 | U.S. Patent No. 11,048,751 entitled, "Play Control of Content on a Display Device," to Strober | TS_COMCAST_00013067 | TS_COMCAST_00013085 | **DTX-099 / PTX-037** |
| **JTX-039** | 8/10/2021 | U.S. Patent No. 11,086,934 entitled, "Play Control of Content on a Display Device," to Strober | TS_COMCAST_00013841 | TS_COMCAST_00013860 | **DTX-100 / PTX-038** |
| **JTX-040** | | Quadriga Agreement | TS_COMCAST_00015731 | TS_COMCAST_00015771 | **PTX-001** |
| **JTX-041** | | Quadriga MOU | TS_COMCAST_00016168 | TS_COMCAST_00016176 | **PTX-006** |
| **JTX-042** | | Architectural diagram | COM_00014561 | COM_00014562 | **PTX-039** |
| **JTX-043** | | Training deck | COM_00035645 | COM_00036000 | **PTX-040** |
| **JTX-044** | | Remote tune XTVAPI calls | COM_00014555 | COM_00014555 | **PTX-041** |
| **JTX-045** | | TV Remote Endpoint Spec | COM_00014542 | COM_00014545 | **PTX-042** |
| **JTX-046** | | Linchpin Documentation | COM_00016719 | COM_00016724 | **PTX-043** |
| **JTX-047** | | Linchpin interface | COM_00016767 | COM_00016773 | **PTX-044** |
| **JTX-048** | | Comcast Source Code | COM-SC_00000672 | COM-SC_00000687 | **PTX-047** |
| **JTX-049** | | Device provisioning diagram | COM_00013792 | COM_00013792 | **PTX-048** |
| **JTX-050** | | Xapi deck | COM_00034223 | COM_00034230 | **PTX-049** |
| **JTX-051** | | Comcast Source Code | COM-SC_00000578 | COM-SC_00000579 | **PTX-051** |
| **JTX-052** | | XAPI service specification | COM_00036087 | COM_00036111 | **PTX-053** |
| **JTX-053** | | XRE overview | COM_00034352 | COM_00034379 | **PTX-054** |
| **JTX-054** | | flow_process.docx | TS_COMCAST_00010653 | TS_COMCAST_00010654 | **PTX-067** |
| **JTX-055** | | CheckComments.php | TS_COMCAST_00007807 | TS_COMCAST_00007807 | **PTX-068** |
| **JTX-056** | | CommentChecker.js | TS_COMCAST_00007809 | TS_COMCAST_00007810 | **PTX-069** |
| **JTX-057** | | ViewComment.php | TS_COMCAST_00007846 | TS_COMCAST_00007846 | **PTX-070** |
| **JTX-058** | | SaveComment.php | TS_COMCAST_00007832 | TS_COMCAST_00007832 | **PTX-071** |
| **JTX-059** | | player1.html | TS_COMCAST_00009057 | TS_COMCAST_00009057 | **PTX-072** |
| **JTX-060** | | video05.html | TS_COMCAST_00007844 | TS_COMCAST_00007844 | **PTX-073** |
| **JTX-061** | | maddie.php | TS_COMCAST_00007826 | TS_COMCAST_00007827 | **PTX-074** |