# EXHIBIT G

**COMCAST'S DEPOSITION DESIGNATIONS**

| TRANSCRIPT | DESIGNATION TYPE | PAGE | LINE | PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|---|---|
| Cohen, Jamie | Comcast's Affirmative Designation | 7 | 5 | 7 | 11 | |
| Cohen, Jamie | Touchstream's Counter Designation | 11 | 5 | 11 | 23 | IMP |
| Cohen, Jamie | Comcast's Affirmative Designation | 11 | 25 | 12 | 13 | I |
| Cohen, Jamie | Comcast's Affirmative Designation | 12 | 17 | 12 | 20 | I |
| Cohen, Jamie | Comcast's Affirmative Designation | 23 | 8 | 23 | 12 | I |
| Cohen, Jamie | Touchstream's Counter Designation | 23 | 15 | 24 | 13 | IMP; FRE 402, 403 |
| Cohen, Jamie | Comcast's Affirmative Designation | 29 | 15 | 29 | 22 | |
| Cohen, Jamie | Comcast's Affirmative Designation | 52 | 12 | 53 | 24 | F |
| Cohen, Jamie | Comcast's Affirmative Designation | 54 | 22 | 54 | 25 | |
| Cohen, Jamie | Comcast's Affirmative Designation | 55 | 8 | 55 | 15 | |
| Cohen, Jamie | Comcast's Affirmative Designation | 98 | 20 | 98 | 23 | |
| Cohen, Jamie | Comcast's Affirmative Designation | 99 | 5 | 99 | 9 | |
| Cohen, Jamie | Comcast's Affirmative Designation | 111 | 19 | 111 | 21 | SM |
| Cohen, Jamie | Comcast's Affirmative Designation | 115 | 14 | 116 | 5 | F, R, P, SM |
| Cohen, Jamie | Comcast's Affirmative Designation | 121 | 14 | 121 | 18 | F, R, P, SM |
| Cohen, Jamie | Comcast's Affirmative Designation | 122 | 3 | 122 | 8 | F, R, P, SM |

**COMCAST'S DEPOSITION DESIGNATIONS**

| TRANSCRIPT | DESIGNATION TYPE | PAGE | LINE | PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|---|---|
| Cohen, Jamie | Comcast's Affirmative Designation | 122 | 13 | 122 | 23 | F, R, P, SM |
| Cohen, Jamie | Comcast's Affirmative Designation | 138 | 11 | 139 | 22 | F, R, P, SM |
| Cohen, Jamie | Touchstream's Counter Designation | 144 | 1 | 146 | 25 | IMP; FRE 106, 402, 403, 802; Atty |
| Cohen, Jamie | Comcast's Affirmative Designation | 208 | 24 | 209 | 21 | I, F |
| Cohen, Jamie | Comcast's Affirmative Designation | 217 | 5 | 217 | 20 | I, F, R, P, SM |
| Cohen, Jamie | Comcast's Affirmative Designation | 218 | 19 | 218 | 25 | I, F, R, P, SM |
| Cohen, Jamie | Comcast's Affirmative Designation | 220 | 16 | 220 | 20 | I, F, R, P, SM |
| Cohen, Jamie | Touchstream's Counter Designation | 220 | 21 | 221 | 5 | IMP |
| Cohen, Jamie | Comcast's Affirmative Designation | 221 | 6 | 221 | 17 | I, F, R, P, SM |
| Cohen, Jamie | Comcast's Affirmative Designation | 221 | 23 | 222 | 2 | I, F |
| Cohen, Jamie | Touchstream's Counter Designation | 222 | 3 | 222 | 8 | IMP |
| Cohen, Jamie | Comcast's Affirmative Designation | 222 | 9 | 222 | 25 | |
| Cohen, Jamie | Comcast's Affirmative Designation | 225 | 8 | 225 | 11 | I |
| Cohen, Jamie | Touchstream's Counter Designation | 225 | 25 | 226 | 13 | IMP |
| Cohen, Jamie | Comcast's Affirmative Designation | 229 | 24 | 230 | 18 | |
| Cohen, Jamie | Comcast's Affirmative Designation | 231 | 16 | 232 | 3 | |

**COMCAST'S DEPOSITION DESIGNATIONS**

| TRANSCRIPT | DESIGNATION TYPE | PAGE | LINE | PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|---|---|
| Cohen, Jamie | Touchstream's Counter Designation | 232 | 8 | 232 | 21 | IMP |
| Cohen, Jamie | Comcast's Affirmative Designation | 232 | 22 | 233 | 10 | I |
| Cohen, Jamie | Touchstream's Counter Designation | 232 | 22 | 232 | 25 | IMP; FRE 402, 403 |
| Cohen, Jamie | Touchstream's Counter Designation | 233 | 2 | 233 | 25 | IMP; FRE 402, 403 |
| Cohen, Jamie | Comcast's Affirmative Designation | 234 | 11 | 235 | 2 | I |
| Cohen, Jamie | Touchstream's Counter Designation | 234 | 18 | 234 | 22 | IMP; FRE 402, 403 |
| Cohen, Jamie | Touchstream's Counter Designation | 235 | 8 | 235 | 21 | IMP; FRE 402, 403 |
| Cohen, Jamie | Comcast's Affirmative Designation | 235 | 22 | 236 | 2 | I |
| Cohen, Jamie | Comcast's Affirmative Designation | 237 | 15 | 237 | 20 | I |
| Cohen, Jamie | Comcast's Affirmative Designation | 238 | 9 | 238 | 13 | I |
| Cohen, Jamie | Comcast's Affirmative Designation | 238 | 24 | 239 | 4 | I |
| Cohen, Jamie | Touchstream's Counter Designation | 238 | 24 | 239 | 4 | IMP; FRE 402, 403 |
| Cohen, Jamie | Comcast's Affirmative Designation | 239 | 7 | 239 | 9 | I |
| Cohen, Jamie | Touchstream's Counter Designation | 239 | 7 | 239 | 9 | IMP; FRE 402, 403 |
| Cohen, Jamie | Comcast's Affirmative Designation | 239 | 15 | 240 | 2 | I |
| Cohen, Jamie | Touchstream's Counter Designation | 240 | 3 | 240 | 22 | IMP; FRE 402, 403; Atty |

**COMCAST'S DEPOSITION DESIGNATIONS**

| TRANSCRIPT | DESIGNATION TYPE | PAGE | LINE | PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|---|---|
| Cohen, Jamie | Comcast's Affirmative Designation | 240 | 23 | 241 | 16 | I |
| Cohen, Jamie | Touchstream's Counter Designation | 242 | 4 | 242 | 13 | IMP; FRE 402, 403, 802; Atty |
| Cohen, Jamie | Comcast's Affirmative Designation | 243 | 6 | 243 | 19 | I, R, P, SM |
| Cohen, Jamie | Comcast's Affirmative Designation | 243 | 22 | 244 | 7 | I, R, P, SM |
| Cohen, Jamie | Comcast's Affirmative Designation | 244 | 9 | 244 | 17 | I, R, P, SM |
| Cohen, Jamie | Touchstream's Counter Designation | 244 | 9 | 244 | 17 | IMP; FRE 402, 403 |
| Cohen, Jamie | Comcast's Affirmative Designation | 244 | 24 | 245 | 7 | I, R, P, SM |
| Cohen, Jamie | Comcast's Affirmative Designation | 246 | 4 | 246 | 7 | I |
| Cohen, Jamie | Touchstream's Counter Designation | 246 | 8 | 246 | 23 | IMP; FRE 402, 403, 602 |
| Cohen, Jamie | Touchstream's Counter Designation | 246 | 24 | 247 | 7 | IMP; FRE 402, 403, 602 |
| Cohen, Jamie | Comcast's Affirmative Designation | 247 | 22 | 247 | 25 | I |
| Cohen, Jamie | Comcast's Affirmative Designation | 248 | 23 | 249 | 6 | I |
| Cohen, Jamie | Comcast's Affirmative Designation | 249 | 20 | 250 | 2 | I |
| Cohen, Jamie | Comcast's Affirmative Designation | 250 | 10 | 250 | 12 | I |
| Cohen, Jamie | Touchstream's Counter Designation | 250 | 10 | 251 | 4 | IMP; FRE 402, 403 |
| Cohen, Jamie | Comcast's Affirmative Designation | 251 | 14 | 251 | 18 | |

**COMCAST'S DEPOSITION DESIGNATIONS**

| TRANSCRIPT | DESIGNATION TYPE | PAGE | LINE | PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|---|---|
| Cohen, Jamie | Touchstream's Counter Designation | 251 | 14 | 251 | 22 | IMP; FRE 402, 403 |
| Cohen, Jamie | Comcast's Affirmative Designation | 251 | 25 | 252 | 13 | |
| Cohen, Jamie | Touchstream's Counter Designation | 251 | 25 | 251 | 25 | IMP; FRE 402, 403 |
| Cohen, Jamie | Touchstream's Counter Designation | 252 | 2 | 252 | 24 | IMP; FRE 402, 403 |
| Cohen, Jamie | Comcast's Affirmative Designation | 252 | 18 | 252 | 24 | |
| Cohen, Jamie | Touchstream's Counter Designation | 253 | 11 | 253 | 25 | IMP; FRE 402, 403 |
| Cohen, Jamie | Touchstream's Counter Designation | 254 | 2 | 254 | 25 | IMP; FRE 402, 403 |
| Cohen, Jamie | Touchstream's Counter Designation | 255 | 2 | 255 | 17 | IMP; FRE 402, 403 |
| Cohen, Jamie | Comcast's Affirmative Designation | 256 | 2 | 256 | 25 | |
| Cohen, Jamie | Touchstream's Counter Designation | 256 | 2 | 256 | 25 | IMP; FRE 402, 403 |
| Cohen, Jamie | Touchstream's Counter Designation | 257 | 2 | 257 | 25 | IMP; FRE 402, 403 |
| Cohen, Jamie | Touchstream's Counter Designation | 258 | 2 | 258 | 25 | IMP; FRE 402, 403 |
| Cohen, Jamie | Touchstream's Counter Designation | 259 | 2 | 259 | 25 | IMP; FRE 402, 403 |
| Cohen, Jamie | Touchstream's Counter Designation | 259 | 7 | 259 | 7 | IMP; FRE 402, 403 |
| Cohen, Jamie | Touchstream's Counter Designation | 260 | 2 | 260 | 12 | IMP; FRE 402, 403 |
| Cohen, Jamie | Comcast's Affirmative Designation | 261 | 11 | 261 | 14 | |

**COMCAST'S DEPOSITION DESIGNATIONS**

| TRANSCRIPT | DESIGNATION TYPE | PAGE | LINE | PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|---|---|
| Cohen, Jamie | Touchstream's Counter Designation | 261 | 15 | 261 | 25 | IMP; FRE 402, 403 |
| Cohen, Jamie | Touchstream's Counter Designation | 262 | 2 | 262 | 2 | IMP; FRE 402, 403 |
| Cohen, Jamie | Touchstream's Counter Designation | 262 | 7 | 262 | 22 | IMP; FRE 402, 403 |
| Cohen, Jamie | Comcast's Affirmative Designation | 263 | 13 | 263 | 16 | |
| Cohen, Jamie | Touchstream's Counter Designation | 263 | 13 | 263 | 25 | IMP; FRE 106, 402, 403, 802 |
| Cohen, Jamie | Comcast's Affirmative Designation | 263 | 21 | 264 | 21 | |
| Cohen, Jamie | Touchstream's Counter Designation | 264 | 2 | 264 | 6 | IMP; FRE 106, 402, 403, 802 |
| Cohen, Jamie | Touchstream's Counter Designation | 264 | 11 | 264 | 21 | IMP; FRE 106, 402, 403 |
| Cohen, Jamie | Touchstream's Counter Designation | 265 | 2 | 265 | 7 | IMP; FRE 106, 402, 403 |
| Cohen, Jamie | Touchstream's Counter Designation | 267 | 10 | 267 | 16 | IMP; FRE 106, 402, 403, 802 |
| Cohen, Jamie | Comcast's Affirmative Designation | 269 | 18 | 269 | 24 | I |
| Cohen, Jamie | Touchstream's Counter Designation | 270 | 17 | 270 | 25 | IMP; FRE 106, 402, 403 |
| Cohen, Jamie | Touchstream's Counter Designation | 271 | 2 | 271 | 3 | IMP; FRE 106, 402, 403 |
| Cohen, Jamie | Touchstream's Counter Designation | 273 | 9 | 274 | 9 | IMP; FRE 106, 402, 403, 802 |
| Cohen, Jamie | Touchstream's Counter Designation | 276 | 9 | 276 | 20 | IMP; FRE 106, 402, 403, 602, 802 |
| Cohen, Jamie | Touchstream's Counter Designation | 277 | 2 | 277 | 10 | IMP; FRE 106, 402, 403, 802 |

**COMCAST'S DEPOSITION DESIGNATIONS**

| TRANSCRIPT | DESIGNATION TYPE | PAGE | LINE | PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|---|---|
| Cohen, Jamie | Touchstream's Counter Designation | 277 | 15 | 277 | 24 | IMP; FRE 106, 402, 403, 802 |
| Cohen, Jamie | Comcast's Affirmative Designation | 278 | 13 | 278 | 15 | |
| Cohen, Jamie | Touchstream's Counter Designation | 279 | 25 | 279 | 25 | IMP; FRE 106, 402, 403, 802 |
| Cohen, Jamie | Touchstream's Counter Designation | 280 | 2 | 280 | 3 | IMP; FRE 106, 402, 403, 802 |
| Cohen, Jamie | Touchstream's Counter Designation | 280 | 5 | 280 | 24 | IMP; FRE 106, 402, 403, 802 |
| Cohen, Jamie | Touchstream's Counter Designation | 281 | 18 | 281 | 23 | IMP; FRE 106, 402, 403, 802 |
| Cohen, Jamie | Touchstream's Counter Designation | 282 | 25 | 282 | 25 | IMP; FRE 106, 402, 403, 802 |
| Cohen, Jamie | Touchstream's Counter Designation | 283 | 2 | 283 | 25 | IMP; FRE 106, 402, 403, 802 |
| Cohen, Jamie | Comcast's Affirmative Designation | 289 | 2 | 289 | 9 | I |
| Cohen, Jamie | Comcast's Affirmative Designation | 290 | 10 | 290 | 23 | I |
| Cohen, Jamie | Touchstream's Counter Designation | 291 | 6 | 291 | 25 | IMP; FRE 106, 402, 403, 802 |
| Cohen, Jamie | Touchstream's Counter Designation | 292 | 2 | 292 | 7 | IMP; FRE 106, 402, 403, 802 |
| Cohen, Jamie | Touchstream's Counter Designation | 297 | 5 | 297 | 20 | IMP; FRE 106, 402, 403, 802 |
| Cohen, Jamie | Comcast's Affirmative Designation | 299 | 12 | 299 | 17 | |
| Cohen, Jamie | Comcast's Affirmative Designation | 300 | 23 | 301 | 24 | |
| Cohen, Jamie | Touchstream's Counter Designation | 300 | 23 | 300 | 25 | IMP; FRE 106, 402, 403 |

**COMCAST'S DEPOSITION DESIGNATIONS**

| TRANSCRIPT | DESIGNATION TYPE | PAGE | LINE | PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|---|---|
| Cohen, Jamie | Touchstream's Counter Designation | 301 | 2 | 301 | 12 | IMP; FRE 106, 402, 403 |
| Cohen, Jamie | Touchstream's Counter Designation | 301 | 19 | 301 | 24 | IMP; FRE 106, 402, 403 |
| Cohen, Jamie | Touchstream's Counter Designation | 302 | 9 | 302 | 25 | IMP; FRE 106, 402, 403, 802 |
| Cohen, Jamie | Comcast's Affirmative Designation | 303 | 17 | 304 | 6 | R, P, SM |
| Cohen, Jamie | Comcast's Affirmative Designation | 304 | 9 | 304 | 12 | R, P, SM |
| Cohen, Jamie | Comcast's Affirmative Designation | 304 | 17 | 304 | 20 | R, P, SM |
| Cohen, Jamie | Touchstream's Counter Designation | 305 | 9 | 305 | 25 | IMP; FRE 106, 402, 403 |
| Cohen, Jamie | Touchstream's Counter Designation | 306 | 2 | 306 | 2 | IMP; FRE 106, 402, 403 |
| Cohen, Jamie | Comcast's Affirmative Designation | 316 | 6 | 317 | 9 | R, P, SM |
| Cohen, Jamie | Comcast's Affirmative Designation | 318 | 24 | 319 | 9 | R, P, SM |
| Cohen, Jamie | Comcast's Affirmative Designation | 321 | 14 | 321 | 17 | |
| Cohen, Jamie | Comcast's Affirmative Designation | 327 | 6 | 327 | 12 | |
| Cohen, Jamie | Touchstream's Counter Designation | 327 | 6 | 327 | 12 | IMP; FRE 106, 402, 403, 602 |
| Cohen, Jamie | Comcast's Affirmative Designation | 327 | 25 | 328 | 19 | |
| Cohen, Jamie | Touchstream's Counter Designation | 329 | 18 | 329 | 25 | IMP; FRE 106, 402, 403 |
| Cohen, Jamie | Comcast's Affirmative Designation | 329 | 22 | 330 | 23 | I |

**COMCAST'S DEPOSITION DESIGNATIONS**

| TRANSCRIPT | DESIGNATION TYPE | PAGE | LINE | PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|---|---|
| Cohen, Jamie | Touchstream's Counter Designation | 330 | 2 | 330 | 7 | IMP; FRE 106, 402, 403 |
| Cohen, Jamie | Comcast's Affirmative Designation | 331 | 2 | 331 | 9 | I |
| Cohen, Jamie | Touchstream's Counter Designation | 331 | 2 | 331 | 20 | IMP; FRE 106, 402, 403, 602, 802 |
| Cohen, Jamie | Comcast's Affirmative Designation | 332 | 9 | 332 | 21 | I |
| Cohen, Jamie | Touchstream's Counter Designation | 332 | 9 | 332 | 16 | IMP; FRE 106, 402, 403 |
| Cohen, Jamie | Comcast's Affirmative Designation | 334 | 5 | 334 | 11 | I |
| Cohen, Jamie | Comcast's Affirmative Designation | 335 | 2 | 335 | 6 | I |
| Cohen, Jamie | Touchstream's Counter Designation | 340 | 9 | 340 | 11 | IMP; FRE 106, 402, 403 |
| Cohen, Jamie | Touchstream's Counter Designation | 340 | 16 | 340 | 25 | IMP; FRE 106, 402, 403, 802 |
| Cohen, Jamie | Touchstream's Counter Designation | 341 | 2 | 341 | 17 | IMP; FRE 106, 402, 403, 611, 802 |
| Cohen, Jamie | Touchstream's Counter Designation | 341 | 19 | 341 | 25 | IMP; FRE 106, 402, 403, 802 |
| Cohen, Jamie | Touchstream's Counter Designation | 342 | 2 | 342 | 20 | IMP; FRE 106, 402, 403, 611, 802 |
| Cohen, Jamie | Touchstream's Counter Designation | 343 | 23 | 344 | 16 | IMP; FRE 106, 402, 403, 802 |
| Cohen, Jamie | Touchstream's Counter Designation | 344 | 23 | 344 | 25 | IMP; FRE 106, 402, 403, 802 |
| Cohen, Jamie | Touchstream's Counter Designation | 345 | 5 | 347 | 9 | IMP; FRE 106, 402, 403, 802 |
| Cohen, Jamie | Touchstream's Counter Designation | 347 | 9 | 347 | 22 | IMP; FRE 106, 402, 403, 611, 802 |

**COMCAST'S DEPOSITION DESIGNATIONS**

| TRANSCRIPT | DESIGNATION TYPE | PAGE | LINE | PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|---|---|
| Cohen, Jamie | Touchstream's Counter Designation | 347 | 25 | 347 | 25 | IMP; FRE 106, 402, 403 |
| Cohen, Jamie | Touchstream's Counter Designation | 348 | 2 | 348 | 6 | IMP; FRE 106, 402, 403, 602, 611 |
| Cohen, Jamie | Touchstream's Counter Designation | 348 | 9 | 348 | 25 | IMP; FRE 106, 402, 403, 602, 611, 802; Atty |
| Cohen, Jamie | Touchstream's Counter Designation | 348 | 19 | 356 | 6 | IMP; FRE 106, 402, 403, 602, 611, 802; Atty |
| Cohen, Jamie | Comcast's Affirmative Designation | 364 | 23 | 365 | 21 | I |
| Lulla, Rajiv | Comcast's Affirmative Designation | 8 | 9 | 8 | 11 | |
| Lulla, Rajiv | Comcast's Affirmative Designation | 11 | 14 | 12 | 7 | I |
| Lulla, Rajiv | Comcast's Affirmative Designation | 12 | 10 | 12 | 14 | I |
| Lulla, Rajiv | Comcast's Affirmative Designation | 12 | 17 | 12 | 18 | I |
| Lulla, Rajiv | Comcast's Affirmative Designation | 13 | 12 | 13 | 15 | I |
| Lulla, Rajiv | Touchstream's Counter Designation | 13 | 12 | 13 | 15 | IMP |
| Lulla, Rajiv | Comcast's Affirmative Designation | 13 | 21 | 14 | 14 | I |
| Lulla, Rajiv | Touchstream's Counter Designation | 13 | 21 | 14 | 23 | IMP |
| Lulla, Rajiv | Comcast's Affirmative Designation | 14 | 24 | 16 | 5 | I, SM, R, P, F |
| Lulla, Rajiv | Touchstream's Counter Designation | 14 | 24 | 15 | 9 | IMP |
| Lulla, Rajiv | Comcast's Affirmative Designation | 17 | 5 | 17 | 10 | I, SM |

**COMCAST'S DEPOSITION DESIGNATIONS**

| TRANSCRIPT | DESIGNATION TYPE | PAGE | LINE | PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|---|---|
| Lulla, Rajiv | Comcast's Affirmative Designation | 17 | 24 | 18 | 2 | I, SM |
| Lulla, Rajiv | Comcast's Affirmative Designation | 18 | 4 | 18 | 4 | I, SM |
| Lulla, Rajiv | Comcast's Affirmative Designation | 18 | 11 | 18 | 17 | I, SM, R, O, P |
| Lulla, Rajiv | Comcast's Affirmative Designation | 18 | 19 | 19 | 2 | I, SM, R, O, P |
| Lulla, Rajiv | Comcast's Affirmative Designation | 19 | 4 | 19 | 7 | I, SM |
| Lulla, Rajiv | Comcast's Affirmative Designation | 19 | 21 | 20 | 3 | I, SM |
| Lulla, Rajiv | Comcast's Affirmative Designation | 20 | 6 | 21 | 3 | I |
| Lulla, Rajiv | Comcast's Affirmative Designation | 21 | 12 | 21 | 19 | I |
| Lulla, Rajiv | Comcast's Affirmative Designation | 21 | 21 | 22 | 1 | I |
| Lulla, Rajiv | Comcast's Affirmative Designation | 22 | 3 | 22 | 3 | I |
| Lulla, Rajiv | Comcast's Affirmative Designation | 23 | 6 | 23 | 11 | I, F |
| Lulla, Rajiv | Comcast's Affirmative Designation | 23 | 18 | 24 | 8 | I, SM, F, R, O, P, H |
| Lulla, Rajiv | Comcast's Affirmative Designation | 24 | 10 | 24 | 17 | I, F, R, O, P, H, L |
| Lulla, Rajiv | Comcast's Affirmative Designation | 24 | 19 | 24 | 23 | I, F, R, O, P, H, L |
| Lulla, Rajiv | Comcast's Affirmative Designation | 24 | 25 | 24 | 25 | I, F, R, O, P, H, L |
| Lulla, Rajiv | Comcast's Affirmative Designation | 26 | 1 | 26 | 12 | I, F, R, O, P, H |

**COMCAST'S DEPOSITION DESIGNATIONS**

| TRANSCRIPT | DESIGNATION TYPE | PAGE | LINE | PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|---|---|
| Lulla, Rajiv | Touchstream's Counter Designation | 55 | 16 | 55 | 23 | IMP; FRE 402, 403 |
| Lulla, Rajiv | Touchstream's Counter Designation | 63 | 22 | 64 | 7 | IMP; FRE 106, 402, 403 |
| Lulla, Rajiv | Touchstream's Counter Designation | 64 | 12 | 64 | 20 | IMP; FRE 106, 402, 403, 802 |
| Lulla, Rajiv | Touchstream's Counter Designation | 65 | 14 | 65 | 24 | IMP; FRE 106, 402, 403, 802 |
| Lulla, Rajiv | Comcast's Affirmative Designation | 66 | 24 | 67 | 13 | I |
| Lulla, Rajiv | Comcast's Affirmative Designation | 67 | 15 | 68 | 13 | I, SM, P |
| Lulla, Rajiv | Touchstream's Counter Designation | 68 | 14 | 68 | 23 | IMP; FRE 402, 403 |
| Lulla, Rajiv | Comcast's Affirmative Designation | 78 | 5 | 78 | 8 | I, F, R, O, P, H, U |
| Lulla, Rajiv | Comcast's Affirmative Designation | 78 | 10 | 78 | 20 | I, F, R, O, P, H, U |
| Lulla, Rajiv | Touchstream's Counter Designation | 79 | 24 | 80 | 2 | IMP; FRE 402, 403 |
| Lulla, Rajiv | Touchstream's Counter Designation | 80 | 4 | 80 | 4 | IMP; FRE 402, 403 |
| Lulla, Rajiv | Touchstream's Counter Designation | 80 | 19 | 80 | 20 | IMP; FRE 402, 403 |
| Lulla, Rajiv | Touchstream's Counter Designation | 80 | 22 | 81 | 1 | IMP; FRE 402, 403 |
| Pinard, Jeffrey | Comcast's Affirmative Designation | 7 | 7 | 7 | 9 | |
| Pinard, Jeffrey | Touchstream's Counter Designation | 7 | 7 | 7 | 9 | IMP |
| Pinard, Jeffrey | Touchstream's Counter Designation | 7 | 12 | 7 | 16 | IMP |

**COMCAST'S DEPOSITION DESIGNATIONS**

| TRANSCRIPT | DESIGNATION TYPE | PAGE | LINE | PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|---|---|
| Pinard, Jeffrey | Comcast's Affirmative Designation | 8 | 10 | 8 | 21 | |
| Pinard, Jeffrey | Touchstream's Counter Designation | 8 | 10 | 8 | 18 | IMP |
| Pinard, Jeffrey | Comcast's Affirmative Designation | 8 | 23 | 8 | 24 | |
| Pinard, Jeffrey | Touchstream's Counter Designation | 9 | 14 | 9 | 21 | IMP |
| Pinard, Jeffrey | Comcast's Affirmative Designation | 11 | 9 | 12 | 3 | I, F |
| Pinard, Jeffrey | Touchstream's Counter Designation | 11 | 22 | 11 | 25 | IMP; FRE 402, 403 |
| Pinard, Jeffrey | Touchstream's Counter Designation | 12 | 2 | 12 | 3 | IMP; FRE 402, 403 |
| Pinard, Jeffrey | Touchstream's Counter Designation | 12 | 4 | 12 | 7 | IMP; FRE 402, 403 |
| Pinard, Jeffrey | Comcast's Affirmative Designation | 12 | 8 | 12 | 20 | I, F; DUP |
| Pinard, Jeffrey | Comcast's Affirmative Designation | 12 | 22 | 12 | 24 | |
| Pinard, Jeffrey | Comcast's Affirmative Designation | 13 | 11 | 13 | 25 | |
| Pinard, Jeffrey | Touchstream's Counter Designation | 13 | 18 | 13 | 25 | IMP; FRE 402, 403 |
| Pinard, Jeffrey | Touchstream's Counter Designation | 14 | 2 | 14 | 7 | IMP; FRE 402, 403 |
| Pinard, Jeffrey | Comcast's Affirmative Designation | 14 | 19 | 16 | 17 | I, H (15:22–16:9) |
| Pinard, Jeffrey | Touchstream's Counter Designation | 16 | 9 | 16 | 23 | IMP; FRE 402, 403 |

**COMCAST'S DEPOSITION DESIGNATIONS**

| TRANSCRIPT | DESIGNATION TYPE | PAGE | LINE | PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|---|---|
| Pinard, Jeffrey | Comcast's Affirmative Designation | 16 | 24 | 17 | 12 | |
| Pinard, Jeffrey | Touchstream's Counter Designation | 16 | 24 | 17 | 7 | IMP; FRE 402, 403 |
| Pinard, Jeffrey | Touchstream's Counter Designation | 17 | 19 | 17 | 20 | IMP; FRE 106, 402, 403, 602 |
| Pinard, Jeffrey | Touchstream's Counter Designation | 18 | 5 | 18 | 15 | IMP; FRE 106, 402, 403, 602 |
| Pinard, Jeffrey | Touchstream's Counter Designation | 18 | 22 | 19 | 2 | IMP; FRE 106, 402, 403, 602 |
| Pinard, Jeffrey | Touchstream's Counter Designation | 19 | 3 | 19 | 21 | IMP; FRE 106, 402, 403, 602, 802 (19:3-9) |
| Pinard, Jeffrey | Comcast's Affirmative Designation | 20 | 24 | 21 | 2 | |
| Pinard, Jeffrey | Touchstream's Counter Designation | 20 | 24 | 21 | 2 | IMP; FRE 402, 403, 602 |
| Pinard, Jeffrey | Comcast's Affirmative Designation | 21 | 13 | 22 | 22 | I, H (22:5–11) I, O (22:12–18) |
| Pinard, Jeffrey | Touchstream's Counter Designation | 21 | 13 | 21 | 18 | IMP; FRE 402, 403, 602 |
| Pinard, Jeffrey | Comcast's Affirmative Designation | 22 | 25 | 23 | 13 | I, H (22:25–23:9) |
| Pinard, Jeffrey | Touchstream's Counter Designation | 23 | 21 | 23 | 25 | IMP; FRE 402, 403 |
| Pinard, Jeffrey | Touchstream's Counter Designation | 24 | 2 | 24 | 19 | IMP; FRE 402, 403 |
| Pinard, Jeffrey | Touchstream's Counter Designation | 24 | 25 | 24 | 25 | IMP |
| Pinard, Jeffrey | Touchstream's Counter Designation | 25 | 2 | 25 | 16 | IMP |
| Pinard, Jeffrey | Touchstream's Counter Designation | 25 | 21 | 25 | 25 | IMP |

**COMCAST'S DEPOSITION DESIGNATIONS**

| TRANSCRIPT | DESIGNATION TYPE | PAGE | LINE | PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|---|---|
| Pinard, Jeffrey | Touchstream's Counter Designation | 26 | 2 | 26 | 2 | IMP |
| Pinard, Jeffrey | Touchstream's Counter Designation | 26 | 13 | 26 | 25 | IMP |
| Pinard, Jeffrey | Touchstream's Counter Designation | 27 | 2 | 27 | 7 | IMP |
| Pinard, Jeffrey | Touchstream's Counter Designation | 27 | 11 | 27 | 20 | IMP; FRE 106, 402, 403, 602, 802 |
| Pinard, Jeffrey | Touchstream's Counter Designation | 28 | 2 | 28 | 25 | IMP; FRE 106, 402, 403 |
| Pinard, Jeffrey | Touchstream's Counter Designation | 29 | 2 | 29 | 4 | IMP; FRE 106, 402, 403 |
| Pinard, Jeffrey | Touchstream's Counter Designation | 29 | 10 | 29 | 25 | IMP; FRE 106, 402, 403, 602, 802 |
| Pinard, Jeffrey | Touchstream's Counter Designation | 30 | 2 | 30 | 25 | IMP; FRE 106, 402, 403, 602, 802 (30:13-18) |
| Pinard, Jeffrey | Touchstream's Counter Designation | 31 | 7 | 31 | 25 | IMP; FRE 106, 402, 403 |
| Pinard, Jeffrey | Touchstream's Counter Designation | 32 | 2 | 32 | 25 | IMP; FRE 106, 402, 403 |
| Pinard, Jeffrey | Touchstream's Counter Designation | 33 | 2 | 33 | 25 | IMP; FRE 106, 402, 403 |
| Pinard, Jeffrey | Touchstream's Counter Designation | 34 | 2 | 34 | 7 | IMP; FRE 106, 402, 403 |
| Pinard, Jeffrey | Touchstream's Counter Designation | 35 | 20 | 35 | 25 | IMP; FRE 106, 402, 403 |
| Pinard, Jeffrey | Touchstream's Counter Designation | 36 | 2 | 36 | 25 | IMP; FRE 106, 402, 403 |
| Pinard, Jeffrey | Touchstream's Counter Designation | 37 | 2 | 37 | 25 | IMP; FRE 402, 403, 602 |
| Pinard, Jeffrey | Touchstream's Counter Designation | 38 | 2 | 38 | 20 | IMP; FRE 402, 403, 602, 611 (38:18-22) |

**COMCAST'S DEPOSITION DESIGNATIONS**

| TRANSCRIPT | DESIGNATION TYPE | PAGE | LINE | PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|---|---|
| Pinard, Jeffrey | Touchstream's Counter Designation | 38 | 22 | 38 | 25 | IMP; FRE 402, 403, 602, 611 (38:18-22) |
| Pinard, Jeffrey | Touchstream's Counter Designation | 39 | 2 | 39 | 25 | IMP; FRE 402, 403, 602 |
| Pinard, Jeffrey | Touchstream's Counter Designation | 40 | 2 | 40 | 25 | IMP; FRE 106, 402, 403, 602 |
| Pinard, Jeffrey | Touchstream's Counter Designation | 41 | 2 | 41 | 5 | IMP; FRE 106, 402, 403, 602 |
| Pinard, Jeffrey | Touchstream's Counter Designation | 42 | 2 | 42 | 7 | IMP; FRE 106, 402, 403, 602, 611 |
| Pinard, Jeffrey | Touchstream's Counter Designation | 42 | 9 | 42 | 16 | IMP; FRE 106, 402, 403, 602, 611 (42:9-11) |
| Pinard, Jeffrey | Touchstream's Counter Designation | 42 | 22 | 43 | 6 | IMP; FRE 106, 402, 403, 602 |
| Pinard, Jeffrey | Touchstream's Counter Designation | 43 | 19 | 43 | 25 | IMP; FRE 106, 402, 403, 602 |
| Pinard, Jeffrey | Touchstream's Counter Designation | 44 | 2 | 44 | 25 | IMP; FRE 106, 402, 403, 602, 802 (44:8-25) |
| Pinard, Jeffrey | Touchstream's Counter Designation | 45 | 2 | 45 | 13 | IMP; FRE 106, 402, 403, 602, 802 (45:2-4) |
| Pinard, Jeffrey | Touchstream's Counter Designation | 45 | 16 | 45 | 19 | IMP; FRE 106, 402, 403, 602 |
| Pinard, Jeffrey | Touchstream's Counter Designation | 45 | 25 | 45 | 25 | IMP; FRE 106, 402, 403, 602 |
| Pinard, Jeffrey | Touchstream's Counter Designation | 46 | 2 | 46 | 25 | IMP; FRE 106, 402, 403, 602 |
| Pinard, Jeffrey | Touchstream's Counter Designation | 47 | 7 | 47 | 10 | IMP; FRE 106, 402, 403, 602 |
| Pinard, Jeffrey | Touchstream's Counter Designation | 47 | 18 | 47 | 25 | IMP; FRE 106, 402, 403, 602, 802 |
| Pinard, Jeffrey | Touchstream's Counter Designation | 48 | 2 | 48 | 18 | IMP; FRE 106, 402, 403, 602, 802 (48:2-5) |

**COMCAST'S DEPOSITION DESIGNATIONS**

| TRANSCRIPT | DESIGNATION TYPE | PAGE | LINE | PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|---|---|
| Pinard, Jeffrey | Touchstream's Counter Designation | 50 | 3 | 50 | 15 | IMP; FRE 106, 402, 403, 602 |
| Pinard, Jeffrey | Touchstream's Counter Designation | 50 | 24 | 50 | 25 | IMP; FRE 106, 402, 403, 602 |
| Pinard, Jeffrey | Touchstream's Counter Designation | 51 | 2 | 51 | 13 | IMP; FRE 106, 402, 403, 602 |
| Pinard, Jeffrey | Touchstream's Counter Designation | 51 | 19 | 51 | 25 | IMP; FRE 106, 402, 403, 602 |
| Pinard, Jeffrey | Touchstream's Counter Designation | 52 | 2 | 52 | 25 | IMP; FRE 106, 402, 403, 602, 802 (52:4-8) |
| Pinard, Jeffrey | Touchstream's Counter Designation | 53 | 2 | 53 | 3 | IMP; FRE 106, 402, 403, 602 |
| Pinard, Jeffrey | Touchstream's Counter Designation | 53 | 11 | 53 | 25 | IMP; FRE 106, 402, 403, 602, 802 (53:11-15) |
| Pinard, Jeffrey | Touchstream's Counter Designation | 54 | 2 | 54 | 5 | IMP; FRE 402, 403 |
| Pinard, Jeffrey | Touchstream's Counter Designation | 54 | 16 | 54 | 25 | IMP; FRE 402, 403, 602 |
| Pinard, Jeffrey | Touchstream's Counter Designation | 55 | 2 | 55 | 23 | IMP; FRE 402, 403, 602, 611 (55:19-23) |
| Pinard, Jeffrey | Touchstream's Counter Designation | 56 | 3 | 56 | 5 | IMP; FRE 402, 403, 602, 611 |
| Pinard, Jeffrey | Touchstream's Counter Designation | 56 | 14 | 56 | 14 | IMP; FRE 402, 403, 602, 611 |
| Pinard, Jeffrey | Touchstream's Counter Designation | 57 | 21 | 57 | 25 | IMP; FRE 402, 403, 602 |
| Pinard, Jeffrey | Touchstream's Counter Designation | 58 | 2 | 58 | 8 | IMP; FRE 402, 403, 602 |
| Rinzler, Michael | Comcast's Affirmative Designation | 5 | 24 | 5 | 25 | |
| Rinzler, Michael | Comcast's Affirmative Designation | 8 | 22 | 9 | 10 | |

**COMCAST'S DEPOSITION DESIGNATIONS**

| TRANSCRIPT | DESIGNATION TYPE | PAGE | LINE | PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|---|---|
| Rinzler, Michael | Comcast's Affirmative Designation | 9 | 20 | 10 | 2 | |
| Rinzler, Michael | Comcast's Affirmative Designation | 10 | 11 | 10 | 15 | |
| Rinzler, Michael | Comcast's Affirmative Designation | 11 | 8 | 11 | 18 | |
| Rinzler, Michael | Touchstream's Counter Designation | 18 | 13 | 18 | 20 | IMP, 402, 403, 602 |
| Rinzler, Michael | Comcast's Affirmative Designation | 21 | 10 | 21 | 15 | I |
| Rinzler, Michael | Touchstream's Counter Designation | 21 | 16 | 22 | 7 | IMP |
| Rinzler, Michael | Comcast's Affirmative Designation | 26 | 22 | 26 | 25 | |
| Rinzler, Michael | Comcast's Affirmative Designation | 29 | 7 | 29 | 9 | I |
| Rinzler, Michael | Comcast's Affirmative Designation | 29 | 13 | 29 | 16 | I |
| Rinzler, Michael | Touchstream's Counter Designation | 29 | 21 | 30 | 19 | IMP; FRE 602 |
| Rinzler, Michael | Touchstream's Counter Designation | 40 | 23 | 41 | 12 | IMP; FRE 402, 403 |
| Rinzler, Michael | Comcast's Affirmative Designation | 41 | 18 | 42 | 4 | I, SM |
| Rinzler, Michael | Touchstream's Counter Designation | 41 | 23 | 42 | 2 | IMP; FRE 106 |
| Rinzler, Michael | Touchstream's Counter Designation | 58 | 3 | 58 | 7 | IMP |
| Rinzler, Michael | Comcast's Affirmative Designation | 58 | 8 | 58 | 13 | I, SM |

**COMCAST'S DEPOSITION DESIGNATIONS**

| TRANSCRIPT | DESIGNATION TYPE | PAGE | LINE | PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|---|---|
| Rinzler, Michael | Comcast's Affirmative Designation | 60 | 5 | 60 | 8 | |
| Rinzler, Michael | Comcast's Affirmative Designation | 60 | 10 | 60 | 13 | I |
| Rinzler, Michael | Touchstream's Counter Designation | 60 | 14 | 60 | 19 | IMP; FRE 402, 403 |
| Rinzler, Michael | Touchstream's Counter Designation | 61 | 9 | 61 | 16 | IMP; FRE 402, 403 |
| Rinzler, Michael | Comcast's Affirmative Designation | 62 | 14 | 62 | 19 | |
| Rinzler, Michael | Touchstream's Counter Designation | 69 | 6 | 69 | 12 | IMP; FRE 402, 403 |
| Rinzler, Michael | Comcast's Affirmative Designation | 81 | 21 | 82 | 5 | |
| Rinzler, Michael | Comcast's Affirmative Designation | 84 | 6 | 85 | 6 | I |
| Rinzler, Michael | Touchstream's Counter Designation | 85 | 5 | 85 | 19 | IMP; FRE 106, 402, 403 |
| Rinzler, Michael | Comcast's Affirmative Designation | 86 | 19 | 87 | 4 | I |
| Rinzler, Michael | Comcast's Affirmative Designation | 87 | 16 | 88 | 2 | I |
| Rinzler, Michael | Comcast's Affirmative Designation | 88 | 11 | 88 | 15 | I |
| Rinzler, Michael | Comcast's Affirmative Designation | 94 | 21 | 95 | 5 | |
| Rinzler, Michael | Comcast's Affirmative Designation | 95 | 8 | 95 | 16 | |
| Rinzler, Michael | Comcast's Affirmative Designation | 95 | 20 | 96 | 11 | |
| Rinzler, Michael | Comcast's Affirmative Designation | 96 | 22 | 96 | 25 | |

**COMCAST'S DEPOSITION DESIGNATIONS**

| TRANSCRIPT | DESIGNATION TYPE | PAGE | LINE | PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|---|---|
| Rinzler, Michael | Comcast's Affirmative Designation | 97 | 8 | 97 | 10 | F |
| Rinzler, Michael | Comcast's Affirmative Designation | 99 | 5 | 99 | 12 | |
| Rinzler, Michael | Comcast's Affirmative Designation | 100 | 5 | 100 | 23 | |
| Rinzler, Michael | Comcast's Affirmative Designation | 101 | 7 | 101 | 10 | |
| Rinzler, Michael | Comcast's Affirmative Designation | 101 | 16 | 101 | 20 | |
| Rinzler, Michael | Comcast's Affirmative Designation | 102 | 5 | 102 | 10 | |
| Rinzler, Michael | Comcast's Affirmative Designation | 102 | 16 | 102 | 19 | |
| Rinzler, Michael | Comcast's Affirmative Designation | 103 | 5 | 103 | 8 | |
| Rinzler, Michael | Comcast's Affirmative Designation | 103 | 13 | 103 | 14 | |
| Rinzler, Michael | Comcast's Affirmative Designation | 103 | 19 | 103 | 22 | |
| Rinzler, Michael | Comcast's Affirmative Designation | 103 | 25 | 104 | 3 | |
| Rinzler, Michael | Comcast's Affirmative Designation | 104 | 15 | 104 | 18 | |
| Rinzler, Michael | Comcast's Affirmative Designation | 105 | 10 | 105 | 13 | |
| Rinzler, Michael | Comcast's Affirmative Designation | 105 | 19 | 106 | 2 | |
| Rinzler, Michael | Touchstream's Counter Designation | 106 | 19 | 107 | 10 | IMP; FRE 402, 403 |
| Rinzler, Michael | Comcast's Affirmative Designation | 106 | 23 | 106 | 25 | |

**COMCAST'S DEPOSITION DESIGNATIONS**

| TRANSCRIPT | DESIGNATION TYPE | PAGE | LINE | PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|---|---|
| Rinzler, Michael | Comcast's Affirmative Designation | 107 | 11 | 107 | 15 | |
| Rinzler, Michael | Comcast's Affirmative Designation | 108 | 19 | 109 | 2 | |
| Rinzler, Michael | Comcast's Affirmative Designation | 109 | 15 | 109 | 18 | |
| Rinzler, Michael | Touchstream's Counter Designation | 109 | 19 | 110 | 13 | IMP; FRE 402, 403 |
| Rinzler, Michael | Comcast's Affirmative Designation | 109 | 22 | 110 | 17 | |
| Rinzler, Michael | Comcast's Affirmative Designation | 112 | 19 | 113 | 13 | I |
| Rinzler, Michael | Comcast's Affirmative Designation | 113 | 16 | 114 | 6 | I |
| Rinzler, Michael | Comcast's Affirmative Designation | 115 | 17 | 115 | 25 | I |
| Rinzler, Michael | Comcast's Affirmative Designation | 116 | 8 | 116 | 14 | I |
| Rinzler, Michael | Comcast's Affirmative Designation | 118 | 11 | 118 | 16 | I |
| Rinzler, Michael | Comcast's Affirmative Designation | 120 | 3 | 120 | 7 | I |
| Rinzler, Michael | Comcast's Affirmative Designation | 121 | 8 | 121 | 23 | I |
| Rinzler, Michael | Comcast's Affirmative Designation | 122 | 8 | 122 | 24 | I |
| Rinzler, Michael | Touchstream's Counter Designation | 128 | 13 | 128 | 19 | IMP; FRE 106, 402, 403, 802 |
| Rinzler, Michael | Comcast's Affirmative Designation | 128 | 22 | 129 | 19 | |
| Rinzler, Michael | Touchstream's Counter Designation | 128 | 22 | 129 | 19 | IMP; FRE 106, 402, 403 |

**COMCAST'S DEPOSITION DESIGNATIONS**

| TRANSCRIPT | DESIGNATION TYPE | PAGE | LINE | PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|---|---|
| Rinzler, Michael | Comcast's Affirmative Designation | 130 | 10 | 130 | 16 | |
| Rinzler, Michael | Comcast's Affirmative Designation | 130 | 21 | 130 | 23 | |
| Rinzler, Michael | Comcast's Affirmative Designation | 131 | 7 | 131 | 13 | |
| Rinzler, Michael | Comcast's Affirmative Designation | 132 | 23 | 133 | 2 | |
| Rinzler, Michael | Comcast's Affirmative Designation | 133 | 12 | 133 | 15 | |
| Rinzler, Michael | Comcast's Affirmative Designation | 133 | 20 | 133 | 24 | |
| Rinzler, Michael | Touchstream's Counter Designation | 133 | 25 | 134 | 3 | IMP; FRE 402, 403 |
| Rinzler, Michael | Comcast's Affirmative Designation | 134 | 8 | 134 | 19 | |
| Rinzler, Michael | Comcast's Affirmative Designation | 135 | 4 | 135 | 14 | |
| Rinzler, Michael | Touchstream's Counter Designation | 135 | 9 | 136 | 4 | IMP; FRE 402, 403 |
| Rinzler, Michael | Comcast's Affirmative Designation | 136 | 11 | 136 | 15 | |
| Rinzler, Michael | Touchstream's Counter Designation | 136 | 16 | 137 | 6 | IMP; FRE 402, 403 |
| Rinzler, Michael | Comcast's Affirmative Designation | 137 | 7 | 137 | 10 | |
| Rinzler, Michael | Comcast's Affirmative Designation | 138 | 2 | 138 | 3 | |
| Rinzler, Michael | Comcast's Affirmative Designation | 138 | 8 | 138 | 9 | |
| Rinzler, Michael | Comcast's Affirmative Designation | 138 | 18 | 138 | 23 | |

**COMCAST'S DEPOSITION DESIGNATIONS**

| TRANSCRIPT | DESIGNATION TYPE | PAGE | LINE | PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|---|---|
| Rinzler, Michael | Comcast's Affirmative Designation | 139 | 5 | 139 | 10 | |
| Rinzler, Michael | Comcast's Affirmative Designation | 139 | 13 | 141 | 5 | |
| Rinzler, Michael | Comcast's Affirmative Designation | 141 | 25 | 142 | 12 | I |
| Rinzler, Michael | Touchstream's Counter Designation | 142 | 7 | 142 | 12 | IMP; FRE 402, 403 |
| Rinzler, Michael | Comcast's Affirmative Designation | 142 | 20 | 142 | 22 | I |
| Rinzler, Michael | Comcast's Affirmative Designation | 142 | 24 | 142 | 24 | |
| Rinzler, Michael | Touchstream's Counter Designation | 148 | 8 | 149 | 10 | IMP; Atty |
| Rinzler, Michael | Touchstream's Counter Designation | 148 | 8 | 148 | 12 | IMP |
| Rinzler, Michael | Touchstream's Counter Designation | 148 | 17 | 148 | 24 | IMP |
| Rinzler, Michael | Touchstream's Counter Designation | 149 | 2 | 149 | 10 | IMP |
| Rinzler, Michael | Touchstream's Counter Designation | 156 | 24 | 157 | 6 | IMP; FRE 106, 402, 403 |
| Rinzler, Michael | Touchstream's Counter Designation | 157 | 11 | 157 | 21 | IMP; FRE 106, 402, 403 |
| Rinzler, Michael | Touchstream's Counter Designation | 157 | 22 | 158 | 22 | IMP; FRE 402, 403; Atty |
| Rinzler, Michael | Touchstream's Counter Designation | 162 | 11 | 163 | 8 | IMP; FRE 106, 402, 403 |
| Rinzler, Michael | Touchstream's Counter Designation | 163 | 16 | 163 | 19 | IMP; FRE 402, 403, 611 |
| Rinzler, Michael | Touchstream's Counter Designation | 164 | 7 | 164 | 21 | IMP; FRE 106, 402, 403, 611, 802; Atty |

**COMCAST'S DEPOSITION DESIGNATIONS**

| TRANSCRIPT | DESIGNATION TYPE | PAGE | LINE | PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|---|---|
| Rinzler, Michael | Touchstream's Counter Designation | 164 | 22 | 166 | 25 | IMP; FRE 106, 402, 403, 611; Atty |
| Rinzler, Michael | Touchstream's Counter Designation | 169 | 7 | 169 | 21 | IMP; FRE 106, 402, 403; Atty |
| Rinzler, Michael | Comcast's Affirmative Designation | 208 | 20 | 208 | 22 | |
| Rinzler, Michael | Comcast's Affirmative Designation | 208 | 24 | 209 | 3 | |
| Rinzler, Michael | Comcast's Affirmative Designation | 209 | 5 | 209 | 5 | |
| Rinzler, Michael | Touchstream's Counter Designation | 211 | 21 | 212 | 6 | IMP; FRE 106, 402, 403 |
| Rinzler, Michael | Touchstream's Counter Designation | 212 | 12 | 212 | 20 | IMP; FRE 106, 402, 403 |
| Rinzler, Michael | Touchstream's Counter Designation | 212 | 24 | 213 | 4 | IMP; FRE 106, 402, 403 |
| Yaccarino, Linda | Comcast's Affirmative Designation | 6 | 13 | 6 | 19 | I, O, P |
| Yaccarino, Linda | Touchstream's Counter Designation | 6 | 13 | 6 | 13 | IMP |
| Yaccarino, Linda | Touchstream's Counter Designation | 6 | 25 | 7 | 3 | IMP |
| Yaccarino, Linda | Comcast's Affirmative Designation | 8 | 11 | 8 | 23 | I, O, P |
| Yaccarino, Linda | Touchstream's Counter Designation | 8 | 13 | 8 | 23 | IMP |
| Yaccarino, Linda | Comcast's Affirmative Designation | 9 | 1 | 9 | 2 | I, O, P |
| Yaccarino, Linda | Touchstream's Counter Designation | 9 | 4 | 9 | 10 | IMP |
| Yaccarino, Linda | Comcast's Affirmative Designation | 9 | 11 | 10 | 18 | I |

**COMCAST'S DEPOSITION DESIGNATIONS**

| TRANSCRIPT | DESIGNATION TYPE | PAGE | LINE | PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|---|---|
| Yaccarino, Linda | Touchstream's Counter Designation | 9 | 11 | 9 | 13 | IMP |
| Yaccarino, Linda | Touchstream's Counter Designation | 9 | 17 | 9 | 23 | IMP |
| Yaccarino, Linda | Touchstream's Counter Designation | 10 | 11 | 10 | 18 | IMP |
| Yaccarino, Linda | Touchstream's Counter Designation | 10 | 19 | 10 | 22 | IMP |
| Yaccarino, Linda | Touchstream's Counter Designation | 11 | 13 | 11 | 24 | IMP |
| Yaccarino, Linda | Comcast's Affirmative Designation | 12 | 7 | 12 | 18 | I |
| Yaccarino, Linda | Touchstream's Counter Designation | 12 | 7 | 12 | 14 | IMP; FRE 402, 403 |
| Yaccarino, Linda | Touchstream's Counter Designation | 12 | 15 | 12 | 18 | IMP; FRE 402, 403 |
| Yaccarino, Linda | Touchstream's Counter Designation | 13 | 4 | 13 | 12 | IMP, FRE 402, 403 |
| Yaccarino, Linda | Comcast's Affirmative Designation | 13 | 9 | 13 | 12 | I |
| Yaccarino, Linda | Touchstream's Counter Designation | 15 | 19 | 16 | 5 | IMP; FRE 106, 402, 403 |
| Yaccarino, Linda | Comcast's Affirmative Designation | 16 | 13 | 16 | 19 | I |
| Yaccarino, Linda | Touchstream's Counter Designation | 16 | 13 | 16 | 19 | IMP; FRE 402, 403 |
| Yaccarino, Linda | Comcast's Affirmative Designation | 17 | 1 | 17 | 4 | I |
| Yaccarino, Linda | Touchstream's Counter Designation | 17 | 1 | 17 | 4 | IMP; FRE 402, 403 |
| Yaccarino, Linda | Touchstream's Counter Designation | 17 | 22 | 18 | 1 | IMP; FRE 402, 403, 602; Atty |

**COMCAST'S DEPOSITION DESIGNATIONS**

| TRANSCRIPT | DESIGNATION TYPE | PAGE | LINE | PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|---|---|
| Yaccarino, Linda | Touchstream's Counter Designation | 18 | 7 | 18 | 14 | IMP; FRE 402, 403, 602; Atty |
| Yaccarino, Linda | Comcast's Affirmative Designation | 19 | 19 | 19 | 21 | I |
| Yaccarino, Linda | Touchstream's Counter Designation | 19 | 19 | 19 | 21 | IMP; FRE 402, 403 |
| Yaccarino, Linda | Comcast's Affirmative Designation | 19 | 25 | 20 | 5 | I |
| Yaccarino, Linda | Touchstream's Counter Designation | 19 | 25 | 20 | 4 | IMP; FRE 402, 403 |
| Yaccarino, Linda | Touchstream's Counter Designation | 20 | 5 | 20 | 5 | IMP; FRE 402, 403 |
| Yaccarino, Linda | Comcast's Affirmative Designation | 20 | 20 | 21 | 2 | I |
| Yaccarino, Linda | Touchstream's Counter Designation | 20 | 20 | 21 | 2 | IMP; FRE 106, 402, 403 |
| Yaccarino, Linda | Comcast's Affirmative Designation | 21 | 6 | 21 | 12 | I |
| Yaccarino, Linda | Comcast's Affirmative Designation | 21 | 17 | 21 | 22 | I |
| Yaccarino, Linda | Comcast's Affirmative Designation | 22 | 11 | 22 | 19 | I |
| Yaccarino, Linda | Touchstream's Counter Designation | 22 | 11 | 22 | 19 | IMP; FRE 106, 402, 403 |
| Yaccarino, Linda | Touchstream's Counter Designation | 22 | 24 | 23 | 3 | IMP; FRE 106, 402, 403 |
| Yaccarino, Linda | Comcast's Affirmative Designation | 24 | 15 | 24 | 17 | I |
| Yaccarino, Linda | Touchstream's Counter Designation | 24 | 15 | 24 | 17 | IMP; FRE 106, 402, 403 |
| Yaccarino, Linda | Comcast's Affirmative Designation | 24 | 21 | 24 | 23 | I |

**COMCAST'S DEPOSITION DESIGNATIONS**

| TRANSCRIPT | DESIGNATION TYPE | PAGE | LINE | PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|---|---|
| Yaccarino, Linda | Comcast's Affirmative Designation | 25 | 6 | 26 | 11 | I |
| Yaccarino, Linda | Comcast's Affirmative Designation | 27 | 14 | 28 | 7 | I |
| Yaccarino, Linda | Comcast's Affirmative Designation | 28 | 23 | 29 | 2 | I ,IM, F, R, O, P |
| Yaccarino, Linda | Comcast's Affirmative Designation | 29 | 4 | 29 | 8 | I ,IM, F, R, O, P |
| Yaccarino, Linda | Comcast's Affirmative Designation | 29 | 11 | 29 | 16 | I |
| Yaccarino, Linda | Touchstream's Counter Designation | 29 | 11 | 29 | 16 | IMP; FRE 402, 403 |
| Yaccarino, Linda | Touchstream's Counter Designation | 31 | 6 | 31 | 9 | IMP; FRE 402, 403 |
| Yaccarino, Linda | Comcast's Affirmative Designation | 31 | 17 | 32 | 3 | I |
| Yaccarino, Linda | Comcast's Affirmative Designation | 32 | 15 | 32 | 16 | I |
| Yaccarino, Linda | Touchstream's Counter Designation | 32 | 15 | 32 | 16 | IMP; FRE 402, 403 |
| Yaccarino, Linda | Comcast's Affirmative Designation | 32 | 20 | 32 | 22 | I |
| Yaccarino, Linda | Touchstream's Counter Designation | 32 | 20 | 33 | 1 | IMP; FRE 402, 403 |
| Yaccarino, Linda | Comcast's Affirmative Designation | 33 | 2 | 33 | 8 | I |
| Yaccarino, Linda | Comcast's Affirmative Designation | 33 | 18 | 33 | 20 | I, IM, F, R, O, P |
| Yaccarino, Linda | Comcast's Affirmative Designation | 33 | 23 | 34 | 1 | I, IM, F, R, O, P |
| Yaccarino, Linda | Comcast's Affirmative Designation | 34 | 13 | 34 | 14 | I |

**COMCAST'S DEPOSITION DESIGNATIONS**

| TRANSCRIPT | DESIGNATION TYPE | PAGE | LINE | PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|---|---|
| Yaccarino, Linda | Comcast's Affirmative Designation | 34 | 17 | 35 | 8 | I |
| Yaccarino, Linda | Comcast's Affirmative Designation | 35 | 10 | 35 | 16 | I |
| Yaccarino, Linda | Comcast's Affirmative Designation | 36 | 2 | 36 | 12 | I |
| Yaccarino, Linda | Comcast's Affirmative Designation | 36 | 22 | 37 | 7 | I |
| Yaccarino, Linda | Comcast's Affirmative Designation | 37 | 11 | 39 | 4 | I, F, R, O, P, H |
| Yaccarino, Linda | Comcast's Affirmative Designation | 39 | 6 | 39 | 12 | I, F, R, O, P, H |
| Yaccarino, Linda | Touchstream's Counter Designation | 39 | 10 | 39 | 12 | IMP |
| Yaccarino, Linda | Comcast's Affirmative Designation | 39 | 21 | 40 | 3 | I |
| Yaccarino, Linda | Touchstream's Counter Designation | 39 | 21 | 39 | 23 | IMP |
| Yaccarino, Linda | Comcast's Affirmative Designation | 40 | 5 | 40 | 14 | I |
| Yaccarino, Linda | Comcast's Affirmative Designation | 40 | 16 | 40 | 21 | I |
| Yaccarino, Linda | Comcast's Affirmative Designation | 41 | 2 | 41 | 10 | I |
| Yaccarino, Linda | Comcast's Affirmative Designation | 42 | 4 | 42 | 6 | I, R, P |
| Yaccarino, Linda | Comcast's Affirmative Designation | 42 | 8 | 42 | 16 | I, R, P |
| Yaccarino, Linda | Touchstream's Counter Designation | 43 | 13 | 43 | 16 | IMP; FRE 402, 403 |
| Yaccarino, Linda | Touchstream's Counter Designation | 43 | 19 | 43 | 19 | IMP; FRE 402, 403 |

**COMCAST'S DEPOSITION DESIGNATIONS**

| TRANSCRIPT | DESIGNATION TYPE | PAGE | LINE | PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|---|---|
| Yaccarino, Linda | Touchstream's Counter Designation | 43 | 20 | 44 | 1 | IMP |
| Yaccarino, Linda | Touchstream's Counter Designation | 44 | 13 | 44 | 14 | IMP |
| Yaccarino, Linda | Touchstream's Counter Designation | 44 | 16 | 44 | 16 | IMP |
| Yaccarino, Linda | Touchstream's Counter Designation | 44 | 21 | 44 | 22 | IMP |
| Yaccarino, Linda | Touchstream's Counter Designation | 44 | 24 | 44 | 24 | IMP |
| Yaccarino, Linda | Touchstream's Counter Designation | 44 | 25 | 45 | 1 | IMP |
| Yaccarino, Linda | Touchstream's Counter Designation | 45 | 8 | 45 | 22 | IMP |
| Yaccarino, Linda | Touchstream's Counter Designation | 45 | 23 | 45 | 23 | IMP |
| Yaccarino, Linda | Touchstream's Counter Designation | 46 | 13 | 46 | 16 | IMP |
| Yaccarino, Linda | Touchstream's Counter Designation | 46 | 17 | 46 | 17 | IMP |
| Yaccarino, Linda | Touchstream's Counter Designation | 46 | 20 | 46 | 22 | IMP |
| Yaccarino, Linda | Touchstream's Counter Designation | 46 | 25 | 47 | 2 | IMP |
| Yaccarino, Linda | Touchstream's Counter Designation | 47 | 4 | 47 | 11 | IMP; FRE 402, 403 |
| Yaccarino, Linda | Comcast's Affirmative Designation | 48 | 11 | 48 | 12 | I |
| Yaccarino, Linda | Comcast's Affirmative Designation | 48 | 14 | 48 | 14 | I |
| Yaccarino, Linda | Touchstream's Counter Designation | 48 | 18 | 48 | 19 | IMP |

**COMCAST'S DEPOSITION DESIGNATIONS**

| TRANSCRIPT | DESIGNATION TYPE | PAGE | LINE | PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|---|---|
| Yaccarino, Linda | Touchstream's Counter Designation | 48 | 21 | 48 | 21 | IMP |
| Yaccarino, Linda | Touchstream's Counter Designation | 49 | 8 | 49 | 9 | IMP |
| Yaccarino, Linda | Touchstream's Counter Designation | 49 | 11 | 49 | 16 | IMP |
| Yaccarino, Linda | Touchstream's Counter Designation | 50 | 17 | 50 | 22 | IMP; FRE 106, 402, 403 |
| Yaccarino, Linda | Touchstream's Counter Designation | 50 | 23 | 51 | 1 | IMP; FRE 106, 402, 403 |
| Yaccarino, Linda | Touchstream's Counter Designation | 51 | 3 | 51 | 3 | IMP; FRE 106, 402, 403 |
| Yaccarino, Linda | Touchstream's Counter Designation | 54 | 13 | 54 | 18 | IMP; FRE 106, 402, 403 |
| Yaccarino, Linda | Touchstream's Counter Designation | 54 | 19 | 55 | 3 | IMP; FRE 106, 402, 403 |
| Yaccarino, Linda | Touchstream's Counter Designation | 55 | 11 | 55 | 21 | IMP; FRE 106, 402, 403 |
| Yaccarino, Linda | Touchstream's Counter Designation | 55 | 23 | 55 | 25 | IMP; FRE 106, 402, 403 |
| Yaccarino, Linda | Touchstream's Counter Designation | 56 | 1 | 56 | 3 | IMP; FRE 106, 402, 403 |
| Yaccarino, Linda | Touchstream's Counter Designation | 57 | 2 | 58 | 5 | IMP; FRE 106, 402, 403, 802 |
| Yaccarino, Linda | Touchstream's Counter Designation | 58 | 10 | 58 | 19 | IMP; FRE 106, 402, 403, 602, 802 |
| Yaccarino, Linda | Touchstream's Counter Designation | 58 | 19 | 58 | 22 | IMP; FRE 106, 402, 403, 602, 611, 802 |
| Yaccarino, Linda | Touchstream's Counter Designation | 58 | 24 | 58 | 24 | IMP; FRE 106, 402, 403, 611 |
| Yaccarino, Linda | Touchstream's Counter Designation | 58 | 25 | 59 | 3 | IMP; FRE 106,  402, 403, 602, 611 |

**COMCAST'S DEPOSITION DESIGNATIONS**

| TRANSCRIPT | DESIGNATION TYPE | PAGE | LINE | PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|---|---|
| Yaccarino, Linda | Touchstream's Counter Designation | 59 | 10 | 59 | 10 | IMP; FRE 106,  402, 403, 602, 611 |
| Yaccarino, Linda | Touchstream's Counter Designation | 59 | 14 | 59 | 16 | IMP; FRE 106,  402, 403, 611 |
| Yaccarino, Linda | Touchstream's Counter Designation | 59 | 18 | 59 | 18 | IMP; FRE 106,  402, 403, 602, 611 |
| Yaccarino, Linda | Touchstream's Counter Designation | 60 | 5 | 60 | 21 | IMP; FRE 106,  402, 403, 602, 611, 802 |
| Yaccarino, Linda | Touchstream's Counter Designation | 60 | 24 | 61 | 8 | IMP; FRE 106,  402, 403, 602, 802 |
| Yaccarino, Linda | Touchstream's Counter Designation | 61 | 15 | 62 | 19 | IMP; FRE 106,  402, 403, 802 |
| Yaccarino, Linda | Comcast's Affirmative Designation | 64 | 18 | 64 | 18 | I |
| Yaccarino, Linda | Comcast's Affirmative Designation | 64 | 20 | 64 | 20 | I |
| Yaccarino, Linda | Comcast's Affirmative Designation | 69 | 1 | 69 | 10 | I |

| COMCAST'S OBJECTION KEY | |
|---|---|
| **FRE 106** | Requires other material that in fairness ought to be considered at the same time |
| **FRE 402** | Irrelevant |
| **FRE 403** | Probative value substantially outweighed by unfair prejudice, confusion, etc. |
| **FRE 602** | Lack of personal knowledge |
| **FRE 611** | Form of question, including compound, vague, misleading, lack of foundation, etc. |
| **FRE 701** | Improper lay opinion testimony |
| **FRE 802** | Hearsay |
| **FRE 901** | Lack of authentication |
| **FRCP 26** | Inconsistent with pre-trial disclosures |
| **FRCP 32** | Improper use of deposition testimony, including because of availability of witness |
| **S** | Lack of sponsoring witness to lay foundation |
| **Atty** | Attorney colloquy or objections, which should be excluded under Fed. R. Evid. 402 and/or 403 |
| **IMP** | Improper counter designation, which is an improper application of Fed. R. Evid. 106 and is inadmissible because it is unduly prejudicial, hearsay, and/or an untimely-disclosed affirmative deposition designation |

**Touchstream's Objection Key**

| Abbreviation | Definition |
|---|---|
| A | Authentication, FRE 901/902 |
| D | Demonstrative/Should not be admitted into evidence |
| I | "Incomplete"/Completeness, FRE 106 |
| IM | Improper – not evidence of anything |
| F | Foundation, FRE 602, 901 |
| H | Hearsay, FRE 801, 802, 805 |
| R | Relevance, FRE 401, 402 |
| O | Overbroad, FRE 402 |
| P | Prejudicial, FRE 403 |
| U | Untimely / Never Produced / Not Produced During Discovery, FRCP 26, 37 |
| DUP | Duplicative |
| SM | Subject to Motion (*Daubert* and/or motion *in limine*) |
| ND | Testimony has not been designated |
| FRCP 32 | Deposition not admissible as exhibit |
| SO | Violating the Court's Standing Order On The Number And Use Of Pre-Admitted Exhibits In Civil Cases Assigned To Chief Judge Rodney Gilstrap |
| IMS | FRE 1006 |
| FORM | Form |
| SPEC | Speculation |
| PRIV | Privileged |