IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TOUCHSTREAM TECHNOLOGIES, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC. et al., <br><br> *Defendants*. | |
| TOUCHSTREAM TECHNOLOGIES, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> COMCAST CABLE COMMUNICATIONS, LLC, D/B/A XFINITY, et al., <br><br> *Defendants*. | Lead Case No. 2:23-cv-00059-JRG <br> **Member Case No. 2:23-cv-00062-JRG** |

## SUPPLEMENTAL JOINT NOTICE REGARDING PRETRIAL AGREEMENTS

In accordance with the Court's Third Amended Docket Control Order, Dkt. 205, Touchstream Technologies, Inc. ("Touchstream") and Defendants Comcast Cable Communications, LLC et al. ("Comcast") (collectively, the "parties") jointly submit this supplemental notification of agreements reached during their pre-trial meet and confer held on December 11, 2024.

As described in Dkt. 222 (Joint Notice Regarding Pretrial Agreements), attached as Exhibit C are the parties' revised day 1 deposition designations and objections, which reflect resolution of a technical error that omitted certain designations from the previous set and the parties' narrowing of designations and objections.

1

The parties reserve the right to amend, supplement or modify these proposed materials as the case proceeds towards the final pretrial conference and trial, and as the parties continue to meet and confer regarding these materials in an attempt to further remove disputed issues. Additionally, the parties do not waive any objections to issues that are the subject of pending or anticipated motions. Further, by submitting these proposed jury materials, the parties do not waive their rights to object to the submission or form of any questions ultimately submitted to the jury.

| | |
|---|---|
| Date:  December 18, 2024 | Respectfully submitted, |
| /s/  *Ryan D. Dykal* <br> Lead Counsel | /s/  *Ashok Ramani* <br> Lead Counsel |
| Ryan D. Dykal (*pro hac vice*) <br> Jordan T. Bergsten (*pro hac vice*) <br> Mark Schafer (*pro hac vice*) <br> Philip A. Eckert (*pro hac vice*) <br> Anita Liu (TX State Bar No. 24134054) <br> **BOIES SCHILLER FLEXNER LLP** <br> 1401 New York Ave, NW <br> Washington, DC, DC 20005 <br> (t) 202-274-1109 <br> rdykal@bsfllp.com <br> jbergsten@bsfllp.com <br> mschafer@bsfllp.com <br> peckert@bsfllp.com <br> aliu@bsfllp.com <br><br> John Michael Lyons (*pro hac vice*) <br> Sabina Mariella (*pro hac vice*) <br> Sophie Roytblat (*pro hac vice*) <br> **BOIES SCHILLER FLEXNER LLP** <br> 55 Hudson Yards, 20th Floor <br> New York, NY 10001 <br> jlyons@bsfllp.com <br> smariella@bsfllp.com <br> sroytblat@bsfllp.com | Ashok Ramani (CA Bar No. 200020) <br> David J. Lisson (CA Bar No. 250994) <br> James Y. Park (CA Bar No. 343659) <br> Micayla Hardisty (CA Bar No. 333246) <br> **DAVIS POLK & WARDWELL LLP** <br> 1600 El Camino Real <br> Menlo Park, CA 94025 <br> ashok.ramani@davispolk.com <br> david.lisson@davispolk.com <br> james.park@davispolk.com <br><br> Alena Farber (NY Bar No. 5896170) <br> **DAVIS POLK & WARDWELL LLP** <br> 450 Lexington Avenue <br> New York, NY 10017 alena.farber@davispolk.com <br><br> Deron Dacus (State Bar No. 00790553) <br> **THE DACUS FIRM, P.C.** <br> 821 ESE Loop 323, Suite 430 <br> Tyler, TX 75701 <br> Tel:(903) 705-1117 <br> ddacus@dacusfirm.com <br><br> Thomas G. Saunders (NY Bar No. 4429387) <br> **WILMER CUTLER PICKERING HALE AND DORR LLP** <br> 2100 Pennsylvania Ave, NW <br> Washington, DC 20007 <br> thomas.saunders@wilmerhale.com |

Melissa Smith
(TX State Bar No. 24001351)
**GILLAM & SMITH LLP**
303 S. Washington Ave.
Marshall, TX 75670
(t) 903-934-8450
melissa@gillamsmithlaw.com

*Counsel for Plaintiff
Touchstream Technologies, Inc.*

Lauren E. Matlock-Colangelo (NY Bar No. 5771340)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich St
New York, NY 10007
lauren.matlock-colangelo@wilmerhale.com

*Counsel for Defendants Comcast Cable Communications, LLC, Comcast Cable Communications Management, LLC, Comcast of Houston, LLC, and Comcast Corporation*