# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TOUCHSTREAM TECHNOLOGIES, INC., <br> *Plaintiff,* <br> v. <br> CHARTER COMMUNICATIONS, INC., et al., <br> *Defendants.* | § § § § § § § § § | CASE NO. 2:23-cv-00059-JRG <br> (Lead Case) |
| TOUCHSTREAM TECHNOLOGIES, INC. <br> *Plaintiff,* <br> v. <br> COMCAST CABLE COMMUNICATIONS, LLC d/b/a XFINITY, et al., <br> *Defendants.* | § § § § § § § § § | CASE NO. 2:23-cv-00062-JRG <br> (Member Case) |

## **ORDER**

Plaintiff and Defendants previously filed cross-motions for Summary Judgment regarding 35 U.S.C. § 101. (Dkt. Nos. 86, 88.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 240), recommending that the Court grant Touchstream's Motion for Summary Judgment of Validity (Dkt. No. 88) and deny Defendants' Motion for Summary Judgement of Invalidity (Dkt. No. 86). Defendants filed Objections (Dkt. No. 262), with Touchstream filing a response (Dkt. No. 293).

Additionally, the Charter Defendants previously filed a Motion for Partial Summary Judgment of Non-Infringement. (Dkt. No. 87.) Judge Payne entered a Report and Recommendation (Dkt. No. 244), recommending that the Court deny Charter's Motion for Partial Summary Judgment (Dkt. No. 87). Charter filed Objections (Dkt. No. 265), with Touchstream filing a response (Dkt. No. 296).

After conducting a *de novo* review of the briefing on the Motions for Summary Judgment, the Reports and Recommendations, and the briefing on Defendants' Objections, the Court agrees with the reasoning provided within the Reports and Recommendations and concludes that the Objections fail to show that the Reports and Recommendations were erroneous. Consequently, the Court **OVERRULES** Defendants' Objections and **ADOPTS** the Reports and Recommendations and orders that:

- The Motion for Summary Judgement of Invalidity (Dkt. No. 86) is **DENIED**.
- The Motion for Summary Judgment of Validity (Dkt. No. 88) is **GRANTED**.
- The Motion for Partial Summary Judgment of Non-infringement is **DENIED** except as provided in the Report and Recommendation (Dkt. No. 244).

**So ORDERED and SIGNED this 21st day of February, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE