# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TOUCHSTREAM TECHNOLOGIES, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § | CASE NO. 2:23-CV-00059-JRG-RSP |
| CHARTER COMMUNICATIONS, INC., ET AL., | § § § | |
| Defendants. | § § § | |

# **VERDICT FORM**

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used in this Verdict Form, the following terms have the following meanings:

- "**Touchstream**" refers to Plaintiff, Touchstream Technologies, Inc.

- "**Charter**" refers collectively to Defendants: Charter Communications, Inc., Charter Communications Operating, LLC, Spectrum Management Holding Company, LLC, Time Warner Cable Enterprises, LLC, Spectrum Gulf Coast, LLC, and Charter Communications LLC.

- The "**'251 Patent**" refers to U.S. Patent No. 8,356,251.

- The "**'751 Patent**" refers to U.S. Patent No. 11,048,751.

- The "**'934 Patent**" refers to U.S. Patent No. 11,086,934.

## IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM

## READ THEM CAREFULLY AND ENSURE THAT YOUR VERDICT COMPLIES WITH THEM

**QUESTION NO. 1A**

Did Touchstream prove by a preponderance of the evidence that Charter infringed claims 1 and/or 7 of the '251 Patent?

Yes: _____   No: ___✓___

**QUESTION NO. 1B**

Did Touchstream prove by a preponderance of the evidence that Charter infringed claims 12 and/or 13 of the '751 Patent?

Yes: _____   No: ___✓___

**QUESTION NO. 1C**

Did Touchstream prove by a preponderance of the evidence that Charter infringed claims 17, 18, and/or 20 of the '934 Patent?

Yes: _____   No: ___✓___

**If you answered "NO" to Question Nos. 1A, 1B, or 1C, then DO NOT answer the corresponding questions related to that patent from Question Nos. 2A, 2B, or 2C. For example, if you answered "YES" to Question No. 1A and "NO" to Question Nos. 1B and 1C, then answer Question No. 2A but DO NOT answer Question Nos. 2B and 2C.**

**Also, if you answered "NO" to Question Nos. 1A, 1B, and 1C (all of them), then you SHOULD NOT answer any other question, and in that case proceed directly to the final page of the Verdict Form.**

**QUESTION NO. 2A**

Did Charter prove by clear and convincing evidence that claims 1 and 7 of the '251 Patent are invalid?

           Yes: _____           No: _____

**QUESTION NO. 2B**

Did Charter prove by clear and convincing evidence that claims 12 and 13 of the '751 Patent are invalid?

           Yes: _____           No: _____

**QUESTION NO. 2C**

Did Charter prove by clear and convincing evidence that claims 17, 18, and 20 of the '934 Patent are invalid?

           Yes: _____           No: _____

**Only answer Question Nos. 3 and 4 if you found that at least one of the asserted claims is both infringed ("YES" to Question No. 1) and not invalid ("NO" to Question No. 2).**

**If you answered "NO" to Question Nos. 2A, 2B, <u>or</u> 2C (any one of them), then you MUST answer Question Nos. 3 and 4.**

## **QUESTION NO. 3**

Did Touchstream prove by a preponderance of the evidence that any infringement you have found was WILLFUL?

Yes: _____    No: _____

## QUESTION NO. 4A

What sum of money, if paid now in cash, has Touchstream proven by a preponderance of the evidence would compensate it for its damages as to any infringement you have found?

Answer in United States Dollars and Cents, if any:

$ _____

## QUESTION NO. 4B

Are the damages for infringement which you awarded in Question No. 4A a Lump Sum or a Running Royalty?

      Lump Sum: _____      Running Royalty: _____

## FINAL PAGE OF THE JURY VERDICT FORM

You have now reached the end of the Verdict Form and you should review it to ensure it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this __7th__ day of March, 2025.


_____
Jury Foreperson