IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TOUCHSTREAM TECHNOLOGIES, INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CASE NO. 2:23-cv-00059-JRG-RSP |
| CHARTER COMMUNICATIONS, INC., et al., | § § § | |
| *Defendants*. | § § | |

# FINAL JUDGMENT

A jury trial commenced in the above-captioned case on March 3, 2025. On March 7, 2025, the jury reached and returned its unanimous verdict finding that Defendants Charter Communications, Inc., Charter Communications Operating, LLC, Spectrum Management Holding Company, LLC, Time Warner Cable Enterprises, LLC, Spectrum Gulf Coast, LLC, and Charter Communications LLC (collectively, "Charter") do not infringe the asserted claims of U.S. Patent Nos. 8,356,251 (the "'251 Patent"), 11,048,751 (the "'751 Patent"), and 11,086,934 (the "'934 Patent"). (Dkt. No. 380.)

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the jury's unanimous verdict and the entirety of the record, the Court hereby **ORDERS** and **ENTERS JUDGMENT** as follows:

1. Charter has not infringed claims 1 or 7 of the '251 Patent;

2. Charter has not infringed claims 12 or 13 of the '751 Patent;

3. Charter has not infringed claims 17, 18, or 20 of the '934 Patent;

4. Plaintiff Touchstream Technologies, Inc. ("Touchstream") takes nothing against Charter; and

5. Pursuant to Federal Rule of Civil Procedure 54(d), Local Rule CV-54, and 28 U.S.C. § 1920, Charter is the prevailing party in this case and shall recover its costs from Touchstream. Accordingly, Charter is directed to file its Bill of Costs.

All other requests for relief now pending and requested by either Party but not specifically addressed herein are **DENIED**.

**So Ordered this**

**Mar 11, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE